**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Skylock Industries** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-2876144** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1290 W. Optical Drive**<br>**Azusa, CA 91702**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**1290 W. Optical Drive Azusa, CA 91702**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **skylock.com**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Skylock Industries**_____    Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___3364___

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes. |

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

| Debtor | **Skylock Industries** | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Skylock Industries | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/26/2024
                MM / DD / YYYY

X _____         Jeffrey B. Crevoiserat
Signature of authorized representative of debtor    Printed name

Title  **Chairman of the Board of Directors**

**18. Signature of attorney**

X _____         Date  9-26-24
Signature of attorney for debtor              MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone  3106595444    Email address  jeffrey@shinbrotfirm.com

**155486 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  not applicable. .

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

    a. Total assets      $_____

    b. Total debts (including debts listed in 2.c., below)      $_____

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock      _____
    e. Number of shares common stock      _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business:  Manufacturer of aerospace parts._____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

Fill in this information to identify the case:

Debtor name: **Skylock Industries**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Abrasive Finishing Company<br>14920 South Main Street<br>Gardena, CA 90248 | Breana<br>310-323-7175 | Trade debt. | | | | $37,326.19 |
| Accurate Bushing Co., Inc.,<br>443 North Avenue<br>Garwood, NJ 07277 | 908-789-1121 | Trade debt | | | | $62,638.00 |
| Aircraft X-Ray Laboratorie Inc.<br>5216 PACIFIC BLVD,<br>Huntington Park, CA 90255 | 323-587-4141 | Trade debt | | | | $47,824.41 |
| Blue Sky Industries FDH AERO LLC,<br>5200 SHEILA,<br>Los Angeles, CA 90040 | 213-620-9950 | Trade debt | | | | $84,727.50 |
| Consolidated Industries Inc.,<br>677 Mixville Road<br>Cheshire, CT 06410 | 203-272-5371 | Trade debt | | | | $48,908.00 |
| Don Redmon<br>13246 W. Cameridge Avenue<br>Goodyear, AZ 85395-2118 | | Trade debt. | | | | $15,000.00 |
| Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-8321 | 310-563-4042 | Trade debt | | | | $76,728.60 |
| General AIrcraft Company<br>321 Kinetic Drive<br>Oxnard, CA 93030 | 805-893-8500 | Trade debt | | | | $94,105.24 |

Debtor **Skylock Industries**　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Health Net Insurance<br>File # 52617<br>Los Angeles, CA 90074-2617 | 800-224-8808 # 5 | Trade debt | | | | $23,898.36 |
| Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | | Trade debt | | | | $39,428.98 |
| Multitech CNC<br>38588 Lion Way<br>Palmdale, CA 93551 | | Trade debt | | | | $17,711.82 |
| ND Testing, Inc.,<br>11473 Pacific Avenue<br>Fontana, CA 92337 | | Trade debt | | | | $17,849.92 |
| Plymouth Tube Company-Trent<br>2056 Young Street<br>East Troy, WI 53120 | 630-791-2731 | Trade debt | | | | $41,989.35 |
| Pro Centur Insurance<br>PO Box 30002<br>Tampa, FL 33630-3002 | 800-825-9849 | Trade debt | | | | $48,947.02 |
| Service Steel Aerospace<br>7925 Crossway Drive<br>Pico Rivera, CA 90660 | 800-624-8073 | Trade debt | | | | $87,187.41 |
| Sierra Alloys Co.<br>5467 Ayon Avenue<br>Baldwin Park, CA 91706 | Annette<br><br>626-969-6711 | Trade debt | | | | $67,709.86 |
| Specline<br>2230 Mouton Dive<br>Carson City, NV 89706 | 775-882-7717 | Trade debt | | | | $50,775.00 |
| Supra Alloys<br>352 Balboa Circle<br>Camarillo, CA 93012 | 805-388-2138 | Trade debt | | | | $30,423.25 |
| Titanium Industries<br>4113 Solutions Center<br>Chicago, IL 60677 | 973-983-1185 | Trade debt | | | | $31,021.50 |
| Wencor, LLC<br>3577 S. Mountain Vista Parkway<br>Provo, UT 84606 | 678-490-0140 | Trade debt | | | | $97,687.08 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>jeffrey@shinbrotfirm.com | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Skylock Industries**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 09/26/2024

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                              F 1007-1.MAILING.LIST.VERIFICATION

Skylock Industries
1290 W. Opitcal Drive
Azusa, CA 91702


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Abrasive Finishing Company
14920 South Main Street
Gardena, CA 90248


Accurate Bushing Co., Inc.,
443 North Avenue
Garwood, NJ 07277


Aircraft X-Ray Laboratorie Inc.
5216 PACIFIC BLVD,
Huntington Park, CA 90255


Blue Sky Industries
FDH AERO LLC, 5200 SHEILA,
Los Angeles, CA 90040


Consolidated Industries Inc.,
677 Mixville Road
Cheshire, CT 06410


Darin St. Ivany
441 32nd Street
Manhattan Beach, CA 90266

```
Don Redmon
13246 W. Cameridge Avenue
Goodyear, AZ 85395-2118


Federal Express
PO Box 7221
Pasadena, CA 91109-8321


General AIrcraft Company
321 Kinetic Drive
Oxnard, CA 93030


Health Net Insurance
File # 52617
Los Angeles, CA 90074-2617


Lewis Roca Rothgerber Christie LLP
Corporate Headquarters
201 EAst Washington St., Ste.1200
Phoenix, AZ 85004


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Mitsubishi HC Capital America
800 Connecticut Avenue
Norwalk, CT 06854
```

Multitech CNC
38588 Lion Way
Palmdale, CA 93551


ND Testing, Inc.,
11473 Pacific Avenue
Fontana, CA 92337


Pasadena Private Finance LLC
dba Pasadena Private Lending
2 North Lake AVenue Suite 510
Pasadena, CA 91101


Plymouth Tube Company-Trent
2056 Young Street
East Troy, WI 53120


Pro Centur Insurance
PO Box 30002
Tampa, FL 33630-3002


Service Steel Aerospace
7925 Crossway Drive
Pico Rivera, CA 90660


SHCG, LLC
1590 Es[eramce Drive
Simi Valley, CA 93065


Sierra Alloys Co.
5467 Ayon Avenue
Baldwin Park, CA 91706

Specline
2230 Mouton Dive
Carson City, NV 89706


Sumitomo Mitsui Banking
601 S. Figueroa St., # 1800
Los Angeles, CA 90017


Sumitomo Mitsui Banking Corporation
Americas Headquarters
277 Park Avenue
New York, NY 10172


Supra Alloys
352 Balboa Circle
Camarillo, CA 93012


Titanium Industries
4113 Solutions Center
Chicago, IL 60677


US Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Wencor, LLC
3577 S. Mountain Vista Parkway
Provo, UT 84606