JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone:  (310)  659-5444
Fax:  (310)  878-8304
Proposed Reorganization Counsel for
Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SKYLOCK INDUSTRIES, a California corporation<br><br><br>Chapter 11 Debtor and Debtor-In-Possession | Case Number: 2:24-bk-17820-BB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION NON-INSIDER EMPLOYEE WAGES & BENEFITS**<br><br>**Date:**  October 1, 2024<br>Time:  10:00 a.m.<br>**Place:**  255 East Temple Street,<br>         Courtroom 1539<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:  COMES NOW** SKYLOCK INDUSTRIES, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding and submits the annexed supplemental declaration of Jeffrey B. Crevoiserat in support of the Debtor's request for an Order Authorizing the Debtor to pay any non-insider employee wages or benefits that existed in the Petition date and related tax payments for the pre-Petition period filed at ECF Dkt. No. 5.

**WHEREFORE**, the Debtor prays that the Court enter an order granting the relief requested above, and such additional relief as the Court deems just and proper.

1 | Respectfully submitted this 30th day of September, 2024.

JEFFREY S. SHINBROT, APLC

By:/s/Jeffrey S. Shinbrot
JEFFREY S. SHINBROT, ESQ.
Proposed Reorganization Counsel for
Debtor-In-Possession

## SUPPLEMENTAL DECLARATION OF JEFFREY B. CREVOISERAT

I, JEFFREY B. CREVOISERAT, declare as follows:

1. I am over the age of eighteen and I am the Chairman of the Board of Directors and the Chief Financial Officer of Skylock Industries (the "Debtor"). As to the following facts, I know them of my own personal knowledge, except where stated on information and belief, and if called as a witness, I could and would testify as set forth herein. I am one of the custodians of the books and records of the Debtor and I have gained knowledge of such records which were made at or about the time of the events recorded, and which were maintained in the ordinary course of the Debtor's business at or near the time of such acts, conditions or events to which they relate, any such document was prepared in the ordinary course of the business of the Debtor by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.

2. On September 26, 2024 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code"). .

3. The Debtor's upcoming payroll will be for the work dates September 22, 2024, through September 28, 2024 and therefore will include four pre-Petition Date payroll days. This payroll will not include any insiders and there is sufficient cash to make the payroll (the cash on hand includes $28,699 received by the Debtor today).

4. Since there are only four pre-Petition workdays on the upcoming payroll, payment for the pre-Petition amounts will be in the range of a few hundred dollars per employee and will not come anywhere close to the $15,150 amount entitled to priority under the bankruptcy code.

I declare penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2024 Key Biscayne, Florida.

Jeffrey B. Crevoiserat

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION NON-INSIDER EMPLOYEE WAGES & BENEFITS** : will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**X    1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/30/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Misty A Perry Isaacson**    misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Rachel P Stoian**    stoian.rachel@dorsey.com, stell.laura@dorsey.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- 

**X    SERVED BY UNITED STATES MAIL**: On (*date*) 9/30/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X additional service list attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2024 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Top 20 Unsecured Creditors

Abrasive Finishing Company
14920 South Main Street
Gardena, CA 9024
Email: quotes@afco.la

Accurate Bushing Co., Inc.,
443 North Avenue
Garwood, NJ 07277

Aircraft X-Ray Laboratorie Inc.
5216 PACIFIC BLVD,
Huntington Park, CA 90255

Blue Sky Industries
c/o FDH AERO LLC,
201 East John Carpenter Freeway
Mandalay Tower 3, Suite 700
Irving, TX  75062
Ross Wyche, Credit Manager
Email: Ross.Wyche@fdhaero.com


Consolidated Industries Inc.,
677 Mixville Road
Cheshire, CT 06410

Don Redmon
13246 W. Cameridge Ave
Goodyear, AZ 85395-2118

Federal Express
PO Box 7221
Pasadena, CA 91109-8321
310-563-4042

General AIrcraf Company
321 Kinetic Drive
Oxnard, CA 93030
accounting@gen
eralaircraft.com

Health Net Insurance

File # 52617
Los Angeles, CA 90074-2617


Los Angeles County
Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Multitect CNC
38588 Lion Way
Palmdale, CA 93551
multitechcncservice@yahoo.com

ND Testing, Inc.,
11473 Pacific Avenue
Fontana, CA 92337

Plymouth Tube Company-
Corporate Headquarters
29W150 Warrenville Rd.
Warrenville, IL  6055
sales@plymouth.com


Pro Centur Insurance
PO Box 30002
Tampa, FL 33630-3002

Service Steel Aerospace
7925 Crossway Drive
Pico Rivera, CA 90660


Corporate office
4609 70th Avene E
Fife, WA 98424

Sierra Alloys Co.
5467 Ayon Avenue
Irwindale, CA 91706
info@sierraalloys.com

Specline
2230 Mouton Dive
Carson City, NV 89706

Supra Alloys
c/o Castle Metals
1420 Kensington Rd Ste. 220
Oak Brook, IL  60523

Titanium Industries
4113 Solutions Center
Chicago, IL 60677 973
Titanium Industries

Corporate Headquarters
Rockaway, NJ – Sales and Service Center
18 Green Pond Road
Rockaway, NJ 07866
Email: sales@titanium.com


Wencor, LLC
Corporate Headquarters
416 Dividend Drive
Peachtree City, GA 30269
sales@wencor.com


Spirit Aerosystems, Inc.
PO Box 2978
Wichita, KS  67201
Email  MRO@spiritaero.com

**Secured Creditors**

Mitsubishi HC Capital America
800 Connecticut Avenue
Norwalk, CT 06854

Pasadena Private Finance LLC
Rachel Stoian, Esquire
Dorsey Whitney, LLP
167 Hamilton Avenue Ste. 200
Palo Alto, CA 94301
Email: Stoian.Rachel@dorsey.com

Sumitomo Mitsui Banking
601 S. Figueroa St., # 1800
Los Angeles, CA 90017

US Small Business Administration
Elan S. Levey, Assistant United States Attorney
United States Attorney's Office
300 N. Los Angeles St., Rm. 7516
Los Angeles, CA  90012
Email: elan.levey@usdoj.gov

Darin St. Ivany
441 32nd Street
Manhattan Beach, CA 90266