| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>jeffrey@shinbrotfirm.com | |

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>        **Skylock Industries**<br><br>                                        Debtor(s),<br><br>                    Plaintiff(s),<br><br><br><br><br>                    Defendant(s). | CASE NO.: **2:24-bk-17820-BB**<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jeffrey B. Crevoiserat**  _____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date    _10-8-2024_

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Jeffrey B. Crevoiserat**
        **Chairman of the Board of Directors**
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                      **F 1007-4.CORP.OWNERSHIP.STMT**

### Addendum to Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Skylock Holding, LLC**
**7318 Augusta Pines Drive**
**Spring, TX 77389**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## Central District of California

## CORPORATE RESOLUTION
## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Jeffrey B. Crevoiserat, do hereby certify that this Resolution of the Board of Directors of SKYLOCK INDUSTRIES ("the Company"), a corporation duly organized and existing under the laws of California, authorizing the Company to file a voluntary bankruptcy petition was adopted on September 21, 2024.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Jeffrey B. Crevoiserat is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Jeffrey B. Crevoiserat is authorized to employ Jeffrey S. Shinbrot, A Professional Law Corporation to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Jeffrey B. Crevoiserat is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Jeffrey B. Crevoiserat is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Jeffrey B. Crevoiserat to effectuate the intent of these resolutions are hereby ratified and approved.



Dated: 9|26|24

Jeffrey B. Crevoiserat.
Chairman of the Board of Directors &
Chief Financial Officer

Dated: 9 /26/24

Jimmie A. Pease
Chief Executive Officer &
Member of the Board of Directors

## United States Bankruptcy Court
### Central District of California

In re   **Skylock Industries**

Debtor(s)

Case No.   **2:24-bk-17820-BB**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Skylock Holding, LLC**<br>**7318 Augusta Pines Drive**<br>**Spring, TX 77389** | **100%** | **100%** | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board of Directors** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    10 - 08 - 2024

Signature

Jeffrey B. Crevoiserat

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **Skylock Industries filed a chapter 11 on 11/09/1999 date terminated 10/27/2003, in the Central District San Fernando Valley Division Case Number; 1:99-nk-22998-GM.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **Skylock Industries filed a chapter 11 on 11/09/1999 date terminated 10/27/2003, in the Central District San Fernando Valley Division Case Number; 1:99-nk-22998-GM.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Key Biscayne_, ~~California~~ Florida

Date: _10-08-2024_

Jeffrey B. Crevoiserat
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Skylock Industries** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:24-bk-17820-BB** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adhara Aerospace and Defense LLC 2 North Lake Suite 510 Pasadena, CA 91101** | | **Interiors and other inventory see attached inventory, est., Debtor is currently inspecting.** | **Disputed** | **$4,893,427.60** | **$2,750,000.00** | **$2,143,427.60** |
| **Banc of America Leasing & Capital L c/o Serlin & Whiteford, LLP 900 Howe Avenue Ste. 250 Sacramento, CA 95825** | | **21PSCV00412 stipulated Judgment** | **Disputed** | | | **$259,763.56** |
| **Banterra Bank 111 Airway Drive Marion, IL 62959** | | **Loans 25112, 24251 and  23725** | **Disputed** | | | **$78,961.14** |
| **Blank Rome LLP One Logan Square 130 North 18th Street Philadelphia, PA 19103** | | **Legal services rendered** | | | | **$69,393.00** |
| **Blue Sky Industries FDH AERO LLC, 5200 SHEILA, Los Angeles, CA 90040** | **213-620-9950** | **Trade debt** | | | | **$84,727.50** |
| **Blum Courtyard Assoc 505 Sansome St., Ste 900 San Francisco, CA 94111** | | **Lawsuit pending LASC 24PSCV02621** | **Disputed** | | | **$485,304.31** |

Debtor    **Skylock Industries**

Name    Case number *(if known)*    **2:24-bk-17820-BB**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Federal Express Coproration PO Box 7221 Pasadena, CA 91109-8321** | **310-563-4042** | **Trade debt** | **Disputed** | | | **$76,728.60** |
| **FPD Company 124 Hidden Valley Road Canonsburg, PA 15317** | | **Trade debt** | | | | **$187,200.00** |
| **Hutchins General Aircraft Inc., dba General Aircraft Company 321 Kinetic Drive Oxnard, CA 93030** | | **LASC 24PSCV00957, Judgment.** | **Disputed** | | | **$120,197.03** |
| **L&J Investment Holdings LLC c/o David Leichtman 185 Madison Avenue Ste 15th Fl New York, NY 10016** | | **Lawsuit pending** | **Disputed** | | | **$90,000.00** |
| **Lanz Machining 1747 E. Avenue Q Unit D2 Palmdale, CA 93550** | | **Trade debt** | **Disputed** | | | **$224,550.50** |
| **Midland Equipment Finance 5403 Olympic Drive NW Ste. 200 Gig Harbor, WA 98335** | | **Haas-Vf-3yt-Vertic al Machining Centers** | **Disputed** | | | **$102,562.90** |
| **Mitsubishi HC Capital America 800 Connecticut Avenue Norwalk, CT 06854** | | **one piece of equipment** | **Disputed** | **$152,000.00** | **$60,000.00** | **$92,000.00** |
| **REXNORD INDUSTRIES PO Bo x93944 Chicago, IL 60673** | | **Trade debt** | | | | **$242,412.00** |
| **Service Steel Aerospace 7925 Crossway Drive Pico Rivera, CA 90660** | **800-624-8073** | **Trade debt** | | | | **$87,187.41** |
| **Siemens Financial Services, Inc., 170 Wood Ave South Iselin, NJ 08830** | | **Forbearance agreement** | **Disputed** | | | **$118,112.16** |

Debtor    **Skylock Industries**

Name

Case number *(if known)*    **2:24-bk-17820-BB**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sierra Alloys Co.**<br>**5467 Ayon Avenue**<br>**Baldwin Park, CA**<br>**91706** | **Annette**<br><br>**626-969-6711** | **Trade debt** | | | | **$67,709.86** |
| **Skylock Holdings, LLC**<br>**7318 Augusta Pines Dr.**<br>**Spring, TX 77389** | | **Loan from insider.** | | | | **$2,800,000.00** |
| **SPIRIT AEROSYSTEMS, INC.**<br>**3801 S. Oliver St.,**<br>**Wichita, KS 67210** | | **Termination and restitution amounts; subject to offset for counter-claims.** | **Disputed** | | | **$13,000,000.00** |
| **Wencor, LLC**<br>**3577 S. Mountain Vista Parkway**<br>**Provo, UT 84606** | **678-490-0140** | **Trade debt** | | | | **$96,938.32** |

**Fill in this information to identify the case:**

Debtor name    **Skylock Industries**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-17820-BB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $    18,896,246.02

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................    $    18,896,246.02

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    5,955,079.47

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    39,428.98

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    24,477,611.78

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $    30,472,120.23

**Fill in this information to identify the case:**

Debtor name **Skylock Industries**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-17820-BB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **savings** | **9549** | $560.73 |
| 3.2. | **Bank of America** | **checking** | **8074** | $4,892.18 |
| 3.3. | **Chase** | **checking** | **5121** | $388.18 |
| 3.4. | **Chase** | **payroll** | **5139** | $760.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $6,601.60 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

Debtor  **Skylock Industries**
Name

Case number *(If known)*  **2:24-bk-17820-BB**

---

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.   **William L. Neim, security deposit for 16117 Avenue Padilla**                   **$18,000.00**

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    **$18,000.00**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

    11b. Over 90 days old:          **535,905.35**        -        **217,260.93**   =....          **$318,644.42**
                                    face amount                    doubtful or uncollectible accounts

---

12.  **Total of Part 3.**                                                                  **$318,644.42**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Raw material** | **12-4-2022** | **Unknown** | | **Unknown** |
| 20.  **Work in progress** **work in progress** | **12-4-2022** | **Unknown** | | **Unknown** |
| 21.  **Finished goods, including goods held for resale** **Finished goods** | **12-4-2022** | **Unknown** | | **Unknown** |
| 22.  **Other inventory or supplies** **Hardware** | **12-4-2022** | **Unknown** | | **Unknown** |

Debtor    **Skylock Industries**

Case number *(if known)*  **2:24-bk-17820-BB**

| | | | |
|---|---|---|---|
| **Items carried from termination** | 12-4-2022 | Unknown | Unknown |
| **Spirit VOI** | 12-4-2022 | Unknown | Unknown |
| **Interiors and other inventory inventory, est.,Debtor is currently inspecting.** | 12-4-2022 | Unknown | $2,750,000.00 |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$2,750,000.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office furniture, all over 10 years old, may have no liquidation value** | Unknown | | $5,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment and  computers, old equipment may have no liquidation value** | Unknown | | $1,500.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor  **Skylock Industries**                                              Case number *(If known)*  **2:24-bk-17820-BB**
Name

---

43.  **Total of Part 7.**                                                                    | **$6,500.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Mitsubishi UT**<br>**248,248 miles** | Unknown | | $4,000.00 |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**CNC Mills-equipment list attached, est., Debtor<br>is currently inspecting.** | Unknown | | $1,555,000.00 |
| **CNC Lathes-equipment list attached, est.,<br>Debtor is currently inspecting.** | Unknown | | $1,232,500.00 |

51.  **Total of Part 8.**                                                                    | **$2,791,500.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

---

Debtor    **Skylock Industries**                                    Case number *(If known)*  **2:24-bk-17820-BB**
_____Name_____

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patent No: US 7,051,780 B2** **Date of Patent: May 30, 2006** **Latch assemble for a bifold cockpit door** | Unknown | | Unknown |
| **Patent No.: US 2018/0112445 A1** **Pub date: April 26, 2018** **Handle Assembly** | Unknown | | Unknown |
| **Patent No.: US 10, 533,354 B2** **Patent date: January 14, 2020** **Handle Assembly** | Unknown | | Unknown |
| **Patent No.: Des. 422,482** **date of Patent: April 11, 2000** **Galley Retainer** | Unknown | | Unknown |
| **Patent No.: 6,010,094** **Patent date: January 4, 2000** **gallery retainer** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **www.skylock.com** | Unknown | | $5,000.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                          | **$5,000.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 11:**    **All other assets**

| Debtor | **Skylock Industries** | Case number *(If known)* | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Potential Counter claims against Spirit Aerosystem Inc.,** | | **$13,000,000.00** |
|---|---|---|
| Nature of claim | **damages for not properly exercising its First Article Inspection responsibilities** | |
| Amount requested | **Unknown** | |

| **Potential Claims against Pasadena Private Finance its assigns.** | | **Unknown** |
|---|---|---|
| Nature of claim | **Lender liability** | |
| Amount requested | **Unknown** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$13,000,000.00** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Skylock Industries**
_____    Case number *(If known)*  **2:24-bk-17820-BB**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$6,601.60** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$18,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$318,644.42** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,750,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,791,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$5,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$13,000,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$18,896,246.02** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$18,896,246.02** |



## Hass CNC Mill Dept Data (As of 5/20/24)

| Item # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Est. Min Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hass VF - 4YT/50 (4TH Axes) | Hass VF - 4YT/50 (4TH Axes) | Hass VF - 4YT/50 (4TH Axes) | Hass VF - 4YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | |
| Serial # | 1112605 | 1112606 | 1112608 | 1112607 | 1134517 | 1134454 | 1134495 | 1134450 | 1108168 | 1138341 | |
| On Hrs. | 11,320 | 12,100 | 2,248 | 3,033 | ? | 20,219 | 18,864 | ? | 15,387 | 21,359 | |
| Run Hrs. | 10,644 | 11,311 | 1,185 | 1,185 | ? | 12,416 | 9,666 | ? | 6,754 | 14,525 | |
| Year | May-14 | May-14 | May-14 | May-14 | Dec-16 | Nov-16 | Nov-16 | Nov-16 | Jan-19 | Apr-17 | |
| | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ | $ | $ | $ | $ | $ | $500,000 |

| Item # | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | |
| Serial # | 1138307 | 1158085 | 1138272 | 1138231 | 1145355 | 1145353 | 1158082 | 13775 | 1166980 | 1145305 | |
| On Hrs. | 21,180 | 14,429 | 20,950 | 79,884 | 16,331 | 15,025 | 13,775 | 4,126 | 9,601 | 15,059 | |
| Run Hrs. | 14,141 | 5,352 | 16,422 | 14,323 | 5,664 | 4,967 | 4,126 | 1,154 | 4,597 | 6,388 | |
| Year | Apr-17 | Jan-19 | Apr-17 | Apr-17 | Dec-17 | Dec-17 | Dec-17 | Dec-18 | Aug-19 | Dec-17 | |
| | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ | $ | $ | $ | $ | $ | $500,000 |

| Item # | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hass VF - 10 (4TH Axes) | Hass VF - 7 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | Hass VF - 3YT/50 (4TH Axes) | | |
| Serial # | 1135319 | 1128214 | 1149093 | 1149053 | 1153344 | 1149054 | 1149097 | 1153381 | 1166979 | | |
| On Hrs. | 590 | 5,791 | 17,921 | 17,265 | 15,570 | 17,084 | 16,500 | 16,409 | ? | | |
| Run Hrs. | 87 | 4,391 | 8,032 | 7,541 | 6,096 | 6,807 | 7,692 | 7,101 | ? | | |
| Year | Jan-17 | Apr-18 | Apr-18 | Apr-18 | Apr-18 | Apr-18 | Apr-18 | Apr-18 | Aug-19 | | |
| | $ 65,000.00 | $ 60,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ - | $ - | $475,000 |

| Item # | 1 | 2 | 3 | 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In Storage Building #2 | In Storage Building #2 | In Storage Building #2 | In Storage Building #2 | | | | | | | |
| Description | Hass Mini Mills with 4th axes ready | Hass Mini Mills with 4th axes ready | Hass Mini Mills with 4th axes ready | Hass Mini Mills with 4th axes ready | | | | | | | |
| Serial # | 1139127 | 1139129 | 1139128 | 26969 | | | | | | | |
| On Hrs. | | | | | | | | | | | |
| Run Hrs. | | | | | | | | | | | |
| Year | 2017 | 2017 | 2017 | 2001 | | | | | | | |
| | $ 20,000.00 | $ 20,000.00 | $ | $ | $ | $ | $ | $ | $ | $ | $80,000 |
| | | | | | | | | | | | $1,555,000 |

## Hass CNC Lathe Dept Data (As of 5/20/24)

| Item # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hass TL15 with Bar Feeder | Hass TL15 with Bar Feeder | Hass TL-2 with Bar Feeder | Hass SL20T with Bar Feeder | Hass HL-2 with Bar Feeder | Hass HL-2 with Bar Feeder | Hass ST-40 with Bar Feeder | Eurotech with Bar Feeder | Hass ST20 with Bar Feeder | Samsung with Bar Feeder | |
| Serial # | 3083137 | 3083121 | 61884 | 65411 | 61642 | 60795 | 3164576 | M438290177 | 3096213 | 12T730180 | |
| On Hrs. | 21,410 | 493 | 17,248 | 22,668 | ? | 3,819 | ? | 2,325 | 10,226 | ? | |
| Run Hrs. | 20,338 | 259 | 8,985 | 10,411 | ? | 752 | 6,500 | 2,325 | 3,766 | 1,138 | |
| Year | 2008 | 2008 | 1998 | 2002 | 1998 | 1997 | 2016 | 2016 | 2013 | 2012 | |
| | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ | $ 85,000.00 | $ 85,000.00 | $ 85,000.00 | $ 85,000.00 | $ 60,000.00 | $605,000 |

| Item # | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hass SL20B | Hass ST20 | Hass S/L10 | Hass SL30 | Hass SL30 | Hass SL20 | Hass SL20T | Hass SL30 | Hass SL20 | Hass SL20T | |
| Serial # | 3078520 | 3092406 | 3080581 | 3083175 | 3082140 | 3078057 | 3078239 | 65174 | 69871 | 62214 | |
| On Hrs. | 8,103 | 4,674 | 14,994 | 22,954 | 16,302 | 16,036 | 4,613 | 5,300 | 69,871 | 4,691 | |
| Run Hrs. | 963 | 3,805 | 2,024 | 2,426 | 11,116 | 4,514 | 1,210 | 1,139 | 14,236 | 739 | |
| Year | 2007 | 2012 | 2008 | 2008 | 2008 | 2007 | 2007 | 2002 | 2005 | 2009 | |
| | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $550,000 |

| Item # | 21 | 22 | 23 | 24 | 25 | 26 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | In storage Building #2 | In storage Building #2 | In storage Building #2 | In storage Building #2 | In storage Building #2 | | | | | |
| Description | Hass ST20 | Hass Mini Lathe | Hardinge CNC | Hardinge CNC | Hass Lathes Extra Bar Feeder | Hass Lathes Extra Bar Feeder | Hass Lathes Extra Bar Feeder | | | | |
| Serial # | 3087160 | 64510 | FM-035 | CN-2766-F | 90530 | 90278 | 93376 | | | | |
| On Hrs. | ? | N/A | N/A | N/A | N/A | N/A | N/A | | | | |
| Run Hrs. | ? | N/A | N/A | N/A | N/A | N/A | N/A | | | | |
| Year | 2010 | 2001 | 1988 | N/A | 2001 | 2000 | 2011 | | | | |
| | $ 55,000.00 | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | | | | $77,500 |
| | | | | | | | | | | Total | $1,232,500 |

| Last Payoffs | | | |
|---|---|---|---|
| Sumimoto | $ | 42,190.00 | Machines (2ea.) |
| Old National | $ | 18,237.00 | Machine (1) |
| Hitachi Capital | $ | 42,757.00 | Machine (1) |
| | $ | | |
| | $ | 103,184.00 | |

| Minimum Values | | |
|---|---|---|
| CNC Mills | $ | 1,555,000.00 |
| CNC Lathes | $ | 1,232,500.00 |
| Value Minimum | $ | 2,787,500.00 |

**Fill in this information to identify the case:**

Debtor name    **Skylock Industries**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-17820-BB**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **Adhara Aerospace and Defense LLC**<br>Creditor's Name<br><br>**2 North Lake Suite 510**<br>**Pasadena, CA 91101**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Multiple collateral  (see schedule B)**<br><br><br>**Describe the lien**<br>**UCC1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$4,893,427.60** | **$5,860,144.00** |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. **SBA 1st** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

| 2.2 | **Darin St. Ivany**<br>Creditor's Name<br>**441 32nd  Street**<br>**Manhattan Beach, CA 90266**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/30/2023**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**several pieces of equipment, creditor is a 5% owner of Skylock Holding, LLC.**<br><br>**Describe the lien**<br>**UCC1**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$350,000.00** | **$275,000.00** |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | Skylock Industries | Case number (if known) | 2:24-bk-17820-BB |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

**Mitsubishi HC Capital America**
Creditor's Name

**800 Connecticut Avenue**
**Norwalk, CT 06854**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9-10-2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $152,000.00    $60,000.00
**one piece of equipment**

Describe the lien
**UCC1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4**

**Sumitomo Mitsui Banking**
Creditor's Name

**601 S. Figueroa St., # 1800**
**Los Angeles, CA 90017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/08/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $39,038.00    $80,000.00
**UCC-1 two pieces of equipment**

Describe the lien
**UCC1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**

**US Small Business Administration**
Creditor's Name

**1545 Hawkins Blvd., Suite 202**
**El Paso, TX 79925**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien                    $520,613.87    $5,860,144.00
**Multiple collateral (see schedule B)**

Describe the lien
**UCC1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**7/15/2021**

**Last 4 digits of account number** _____

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority. **Adhara Aerospace and Defense LL, 2nd**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$5,955,079.47** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Sumitomo Mitsui Banking Corporation**<br>**Americas Headquarters**<br>**277 Park Avenue**<br>**New York, NY 10172** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name  **Skylock Industries**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:24-bk-17820-BB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $39,428.98 | $0.00 |

| 2.1 | Priority creditor's name and mailing address<br>**Los Angeles County Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA 90054-0018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred<br>**9-22-24** | Basis for the claim:<br>**Trade debt** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**1290 Optical Drive LLC**<br>**1290 Optical Drive**<br>**Azusa, CA 91702** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160,043.04 |
|---|---|---|---|
| | Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:  Amounts owed to related company.<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**AAA Stamping**<br>**PO Box 4027**<br>**Chino, CA 91710** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,343.75 |
|---|---|---|---|
| | Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:  Trade Debt<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Skylock Industries** | Case number (*if known*) | **2:24-bk-17820-BB** |
|---|---|---|---|

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,326.19**

**Abrasive Finishing Company**
**14920 South Main Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9-2024**

Last 4 digits of account number __

Basis for the claim: **Trade debt.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,638.00**

**Accurate Bushing Co., Inc.,**
**443 North Avenue**
**Garwood, NJ 07277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9-22-24**

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,347.50**

**ACRO-SPEC GRINDING CO. INC.**
**4134 Indus Way**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Adept Fasteners**
**PO Box 579**
**Castaic, CA 91310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,824.41**

**Aircraft X-Ray Laboratorie Inc.**
**5216 PACIFIC BLVD,**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9-22-24**

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.08**

**AIRGAS WELDING SUPPLY**
**PO Box 7423**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$963.59**

**All Industrial Chem**
**PO Box 4500**
**Fort Lauderdale, FL 33345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,250.00** |
|---|---|---|---|

**All Star Fastners**
**2113 S. Standard Avenue**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,157.93** |
|---|---|---|---|

**Alloy Processing**
**PO box 101963**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,400.50** |
|---|---|---|---|

**Amberwick Corporation**
**2304 W. 16th STREET**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**American Drilling Company**
**PO  Box 1720**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,121.17** |
|---|---|---|---|

**American Express**
**P.O. Box 297858**
**Ft. Lauderdale, FL 33329-7879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,847.48** |
|---|---|---|---|

**Azusa Light & Water**
**729 N Azusa Ave**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0304**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259,763.56** |
|---|---|---|---|

**Banc of America Leasing & Capital L**
**c/o Serlin & Whiteford, LLP**
**900 Howe Avenue Ste. 250**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **06-2-2021**

Basis for the claim:  **21PSCV00412 stipulated Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Banterra Bank**
**111 Airway Drive**
**Marion, IL 62959**

Date(s) debt was incurred **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Loans 25112, 24251 and  23725**

Is the claim subject to offset? ☑ No  ☐ Yes

**$78,961.14**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Bisco Industries**
**PO Bo x68062**
**Anaheim, CA 92817**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$18,033.40**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Blank Rome LLP**
**One Logan Square**
**130 North 18th Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred **9/23/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

**$69,393.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Blue Sky Industries**
**FDH AERO LLC, 5200 SHEILA,**
**Los Angeles, CA 90040**

Date(s) debt was incurred **9-22-2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$84,727.50**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Blum Courtyard Assoc**
**505 Sansome St., Ste 900**
**San Francisco, CA 94111**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit pending LASC 24PSCV02621**

Is the claim subject to offset? ☑ No  ☐ Yes

**$485,304.31**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Bodycote Thermal Processing**
**Processing Dept.9692**
**Los Angeles, CA 90084**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$12,021.47**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Bralco Industries**
**Bralco Metals LLC**
**3010 Old Ranch Parkway Suite 400**
**Seal Beach, CA 90740**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **settlement agreement re: LASC case no:
21NWLC02835**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Skylock Industries | Case number (if known) | 2:24-bk-17820-BB |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,438.98**

**Canon Financial Services**
**14904 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Judgment creditor re: Lease agreement Canon IR ADV C5535 serial number 2KK07427**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,908.00**

**Consolidated Industries Inc.,**
**677 Mixville Road**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,774.95**

**Crestmark Vendor Finance,**
**a division of MetaBank**
**5480 Corporate Drive Suite 350**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **default of lease no. 105040-1**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Don Redmon**
**13246 W. Cameridge Avenue**
**Goodyear, AZ 85395-2118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-24-24**

Last 4 digits of account number __

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,728.60**

**Federal Express Coproration**
**PO Box 7221**
**Pasadena, CA 91109-8321**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number __

Basis for the claim:  **Lawsuit pending.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187,200.00**

**FPD Company**
**124 Hidden Valley Road**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,898.36**

**Health Net Insurance**
**File # 52617**
**Los Angeles, CA 90074-2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,814.00** |
|---|---|---|---|

**Highland Capital Corporation**
**Segal McCambridge Singer Mahoney**
**233 S. Wacker Drive # 5500**
**Chicago, IL 60606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  01/13/2023

Basis for the claim:  **Judgement creditor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,135.39** |
|---|---|---|---|

**HSBC Bank USA NA**
**Commercial Loan Service Suite 0002**
**Celoron, NY 14720**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,933.00** |
|---|---|---|---|

**HTA Heat Treat**
**10140 Romandel Avenue**
**Santa Fe Springs, CA 90670**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,197.03** |
|---|---|---|---|

**Hutchins General Aircraft Inc.,**
**dba General Aircraft Company**
**321 Kinetic Drive**
**Oxnard, CA 93030**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  09/06/2024

Basis for the claim:  **LASC 24PSCV00957, Judgment.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,355.00** |
|---|---|---|---|

**I & R Company LLC**
**221 W. Alamdeda Ave Ste. 205**
**Burbank, CA 91582**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**INL Spring MFG Co.**
**4201 Santa Ana St ste. A**
**Ontario, CA 91761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,190.70** |
|---|---|---|---|

**Inventory Locator Service LLC**
**8001 Centerview Parkway Ste. 400**
**Cordova, TN 38018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Skylock Industries | Case number (if known) | 2:24-bk-17820-BB |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.30**

Jan Kens
715 E. Cypress
Monrovia, CA 91016

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,347.84**

Jeff Crevoiserat Holdings
18555 Collins Avenue Unit 801
North Miami Beach, FL 33160

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,833,170.74**

Jeffrey B.Crevoiserat
335 W. Enid Drive
Key Biscayne, FL 33149

Date(s) debt was incurred  __10-7-2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insider loan, revolving credit note.__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,706.98**

Jennifer Sarah Kramer

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

L&J Investment Holdings LLC
c/o David Leichtman
185 Madison Avenue Ste 15th Fl
New York, NY 10016

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Lawsuit pending__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,072.61**

L.A. Commercial Group Inc.,
dba Continental Commercial Group an
1111 N. Brand Blvd., Suite 401
Glendale, CA 91202

Date(s) debt was incurred  __04-1-2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __settlement agreement re: LASC case no:
21NWLC02835__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$224,550.50**

Lanz Machining
1747 E. Avenue Q Unit D2
Palmdale, CA 93550

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.20**

**Law Office of Dean G. Thompson**
**3317 W. Beverly Blvd., Ste 107**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,121.40**

**Lewis Roca Rothgerber Christie LLP**
**Corporate Headquarters**
**201 EAst Washington St., Ste.1200**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-24-24**

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,482.25**

**M B Stamping**
**10756 Weaver Ave South**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,954.96**

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,022.50**

**Mercury Broach**
**2546 Seaman Ave**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,562.90**

**Midland Equipment Finance**
**5403 Olympic Drive NW Ste. 200**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/20/2023**

Basis for the claim:  **Haas-Vf-3yt-Vertical Machining Centers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,711.82**

**Multitech CNC**
**38588 Lion Way**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skylock Industries** | | Case number *(if known)* | **2:24-bk-17820-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,849.92** |
|---|---|---|---|

**ND Testing, Inc.,**
**11473 Pacific Avenue**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-24**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,323.18** |
|---|---|---|---|

**Office Solutions**
**233030 La Palma Aven**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,942.40** |
|---|---|---|---|

**Plascore**
**PO Box 170**
**Zeeland, MI 49464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,989.35** |
|---|---|---|---|

**Plymouth Tube Company-Trent**
**2056 Young Street**
**East Troy, WI 53120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/22/24**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$549.19** |
|---|---|---|---|

**PRECISION CONTROL FINISHING, INC.**
**12150 S. Bloomfield Ave Ste D**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,282.53** |
|---|---|---|---|

**PRECISION INSTRUMENT CORRECTION INC**
**933 Mariner St**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,947.02** |
|---|---|---|---|

**Pro Centur Insurance**
**PO Box 30002**
**Tampa, FL 33630-3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-22-24**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,433.51** |
|---|---|---|---|

**PTS SOLUTIONS**
**PO Box 670587**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |
|---|---|---|---|

**PVS VALLEY ALARM**
**PO Box 311**
**San Fernando, CA 91341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,645.24** |
|---|---|---|---|

**R.L. ANODIZING AND PLATING**
**11331 Penrose St**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$242,412.00** |
|---|---|---|---|

**REXNORD INDUSTRIES**
**PO Bo x93944**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,383.49** |
|---|---|---|---|

**ROLLED ALLOYS**
**PO Box 67000 Dept 33901**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Ron Baxter**
**13620 East 79th Street**
**Derby, KS 67037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,004.54** |
|---|---|---|---|

**S&D INDUSTRIAL TOOL SUPPLY**
**685 S. Manchester Avenue**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/14/2020**

Basis for the claim:  **Case 30-2021-011177308 dismissed 1-15-2021**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,067.38 |
|---|---|---|
| **Safety-Kleen Corp**<br>**PO Bo x975201**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988.77 |
|---|---|---|
| **SAW SERVICE OF AMERICA**<br>**8210 Industry Ave**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,783.17 |
|---|---|---|
| **SELWAY MACHINE TOOL COMPANY**<br>**29250 Union City Blvd.,**<br>**Union City, CA 94587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,187.41 |
|---|---|---|
| **Service Steel Aerospace**<br>**7925 Crossway Drive**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **9-22-24** | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,832.00 |
|---|---|---|
| **SHCG, LLC**<br>**1590 Es[eramce Drive**<br>**Simi Valley, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **9-22-24** | Basis for the claim:  **Loan from insider.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,112.16 |
|---|---|---|
| **Siemens Financial Services, Inc.,**<br>**170 Wood Ave South**<br>**Iselin, NJ 08830** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Forbearance agreement** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,709.86 |
|---|---|---|
| **Sierra Alloys Co.**<br>**5467 Ayon Avenue**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **9-22-24** | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Skylock Industries** | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**SKI-SUNDRIES**
10 Melanie Ln
Fryeburg, ME 04037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,800,000.00**

**Skylock Holdings, LLC**
7318 Augusta Pines Dr.
Spring, TX 77389

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from insider.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,336.86**

**Southern California Edison**
PO Box 300
Rosmead, CA 91772-0001

Date(s) debt was incurred _

Last 4 digits of account number  **0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,775.00**

**Specline**
2230 Mouton Dive
Carson City, NV 89706

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,000,000.00**

**SPIRIT AEROSYSTEMS, INC.**
3801 S. Oliver St.,
Wichita, KS 67210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Termination and restitution amounts; subject to offset for counter-claims.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,423.25**

**Supra Alloys**
352 Balboa Circle
Camarillo, CA 93012

Date(s) debt was incurred  **9/22/24**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,482.00**

**SUPREME STEEL TREATING**
2466 Seaman Ave
South El Monte, CA 91733

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Skylock Industries** | Case number *(if known)* | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address

**THE HOME DEPOT PRO**
PO Bo x742440
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,499.72**

---

**3.81** | Nonpriority creditor's name and mailing address

**Titanium Industries**
4113 Solutions Center
Chicago, IL 60677

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,021.50**

---

**3.82** | Nonpriority creditor's name and mailing address

**TRIUMPH COMPOSITE SYSTEMS,INC**
PO Box 643440
Buffalo, NY 14264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52,631.20**

---

**3.83** | Nonpriority creditor's name and mailing address

**TWO BROTHERS CUSTOM SILKSCREEN**
10754 Weaver Ae
South El Monte, CA 91733

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$352.80**

---

**3.84** | Nonpriority creditor's name and mailing address

**ULINE**
PO Bo x88741
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,851.62**

---

**3.85** | Nonpriority creditor's name and mailing address

**VER-SALES, INC.**
2509 N. Naomi St
Burbank, CA 91504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,747.38**

---

**3.86** | Nonpriority creditor's name and mailing address

**Wencor, LLC**
3577 S. Mountain Vista Parkway
Provo, UT 84606

Date(s) debt was incurred  **9-22-24**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$96,938.32**

---

| Debtor | Skylock Industries | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,327.38 |
|---|---|---|---|

**Wesco Aircraft**
**27727 Avenue Scott**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,152.33 |
|---|---|---|---|

**West Air**
**3001 E. Miraloma Avenue**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,080.40 |
|---|---|---|---|

**WEST VALLEY PLATING**
**21061 Superior St**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,108.87 |
|---|---|---|---|

**WESTERN TOOL & SUPPLY CO.**
**PO Bo x2420**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Drive Suite 520**<br>**Metairie, LA 70002** | Line  **3.78**<br><br>☐ Not listed. Explain ____ | **0056** |
| 4.2 | **Basil Sami Shiber, Esquire**<br>**Miller Starr Regalia**<br>**1331 N. California Blvd., 6FL**<br>**PO Box 8177**<br>**Walnut Creek, CA 94596** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Edward Chang Yim, Esquire**<br>**Castaneda Law APC**<br>**1055 Wilshire Blvd., Ste 1940**<br>**Los Angeles, CA 90017-4000** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Long K. Bui, Esquire**<br>**Sakaida & Bui**<br>**2355 Westwood Blvd., # 327**<br>**Los Angeles, CA 90064** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Skylock Industries** | | Case number (if known) | **2:24-bk-17820-BB** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **Los Angeles County Tax Collector**<br>**PO Box 54027**<br>**Los Angeles, CA 90054-0027** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Luis Jimenez**<br>**L&J Investments Holdings LLC**<br>**1345 Aenue of the Americas 2nd FL**<br>**New York, NY 10105** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Nick I. Iezza, Esquire**<br>**Spiwak & Iezza, LLP**<br>**555 Marin Stret Ste. 140**<br>**Thousand Oaks, CA 91360** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Phillips Lytle LLP**<br>**30 South Pearl Street**<br>**Albany, NY 12207** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Siemens Financial Services, Inc.,**<br>**Attn: Ligitgation Counsel**<br>**4800 North Point Parkway**<br>**Alpharetta, GA 30022** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Spirit AeroSystems Inc.,**<br>**PO Box 780008**<br>**Wichita, KS 67278** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Wright Finlay & Zak, LLP**<br>**4665 MacArthur Court Suite 200**<br>**Newport Beach, CA 92660** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 39,428.98 |
| **5b. Total claims from Part 2** | 5b. + | $ 24,477,611.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 24,517,040.76 |

**Fill in this information to identify the case:**

Debtor name      **Skylock Industries**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:24-bk-17820-BB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **customer contract** | |
| State the term remaining | **Bell Helicopter** |
| List the contract number of any government contract | **3255 Bell Flight Blvd.,** **Fort Worth, TX 76118** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **Customer conntract.** | |
| State the term remaining     **thru 2028** | **Boeing Company** |
| List the contract number of any government contract | **929 Long Bridge Drive** **Arlington, VA 22202** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **Equipment** | |
| State the term remaining | **Mitsubishi HC Capital America** |
| List the contract number of any government contract | **800 Connecticut Avenue** **Norwalk, CT 06854** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **Short-Term Lease agreement of building located at 1290 W. Optical Drive Azusa, CA 91702.** | |
| State the term remaining | **PPL Optical Holdings, LLC** **by Pasadena Private Leding, Inc.,** |
| List the contract number of any government contract | **2 North Lake Avenue Suite 510** **Pasadena, CA 91101** |

| Debtor 1 | **Skylock Industries** | | | Case number *(if known)* | **2:24-bk-17820-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment**

State the term remaining

List the contract number of any government contract

**Sumitomo Mitsui Banking Corporation**
**Americas Headquarters**
**277 Park Avenue**
**New York, NY 10172**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Standard industrial/commercial single-tenant lease-gross-premises 16117 Avenue Padilla Irwindale, CA**

State the term remaining

List the contract number of any government contract

**William L. Neiman**
**1164 Amalfi Drive**
**Pacific Palisades, CA 90272**

---

**Fill in this information to identify the case:**

Debtor name    **Skylock Industries**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-17820-BB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1  **Jeffrey B.Crevoiserat** | **335 W. Enid Drive**<br>**Key Biscayne, FL 33149**<br>**Guaranty is disputed.** | **Adhara Aerospace and Defense LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Jeffrey B.Crevoiserat** | **335 W. Enid Drive**<br>**Key Biscayne, FL 33149**<br>**personal guarnator** | **US Small Business Administration** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Jimmie A. Pease** | **10929 Walnut Drive**<br>**Sunland, CA 91040** | **Highland Capital Corporation** | ☐ D _____<br>■ E/F  **3.31**<br>☐ G _____ |
| 2.4  **Jimmie A. Pease** | **10929 Walnut Drive**<br>**Sunland, CA 91040** | **Blum Courtyard Assoc** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |
| 2.5  **Jimmie A. Pease** | **10929 Walnut Drive**<br>**Sunland, CA 91040** | **Banc of America Leasing & Capital L** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |

Debtor    **Skylock Industries**                                        Case number *(if known)*    **2:24-bk-17820-BB**

---

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Jimmie A. Pease**<br>**10929 Walnut Drive**<br>**Sunland, CA 91040** | **Banterra Bank** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.7 | **Jimmie A. Pease**<br>**10929 Walnut Drive**<br>**Sunland, CA 91040** | **Siemens Financial**<br>**Services, Inc.,** | ☐ D _____<br>■ E/F   **3.71**<br>☐ G _____ |
| 2.8 | **Jimmie A. Pease**<br>**10929 Walnut Drive**<br>**Sunland, CA 91040**<br>**personal guarnator** | **US Small Business**<br>**Administration** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Ryan Kampa**<br>**11026 Rincon Dr.**<br>**Whittier, CA 90606** | **Canon Financial**<br>**Services** | ☐ D _____<br>■ E/F   **3.24**<br>☐ G _____ |
| 2.10 | **Skylock Holding,**<br>**LLC**<br>**7318 Augusta Pines Drive**<br>**Spring, TX 77389**<br>**Guaranty is disputed.** | **Adhara Aerospace**<br>**and Defense LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Skylock Industries**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:24-bk-17820-BB**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended Schedule __**Amended 20 Largest unsecured creditors**__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-08-2024__    x _____
                                    Signature of individual signing on behalf of debtor

                                    **Jeffrey B. Crevoiserat**
                                    Printed name

                                    **Chairman of the Board of Directors**
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Skylock Industries**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:24-bk-17820-BB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$3,882,538.00** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$9,458,393.00** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$9,215,160.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Skylock Industries**                                   Case number *(if known)*  **2:24-bk-17820-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Azusa Light & Water** <br> **729 N Azusa Ave** <br> **Azusa, CA 91702** | **07/8/2024-9/2 3/2024** | **$35,735.40** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.2.  **Precision Metal Processing** | **06/24/2024-0 9/18/2024** | **$11,658.35** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.3.  **SUPREME STEEL TREATING** <br> **2466 Seaman Ave** <br> **South El Monte, CA 91733** | **06-24-2024-9-16-2024** | **$7,730.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.4.  **WEST VALLEY PLATING** <br> **21061 Superior St** <br> **Chatsworth, CA 91311** | **09-09-2024-0 9-06-2024** | **$9,312.40** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Jimmie A. Pease, Sr.** <br> **10929 Walnut Drive** <br> **Sunland, CA 91040** <br> **President and Board Member** | **1-2024-09-20 24** | **$270,000.14** | **salary** |
| 4.2.  **Jimmie A. Pease, Sr.** <br> **10929 Walnut Drive** <br> **Sunland, CA 91040** <br> **President and Board Member** | **10-20223-12-2023** | **$90,004.00** | **salary** |
| 4.3.  **Jimmie A. Pease, Jr.,** <br><br> **Son of insider** | **01-05-2024-0 9-27-2024** | **$65,680.00** | **wages** |
| 4.4.  **Jimmie A. Pease, Jr.,** <br><br> **son of insider** | **10-2023-12-2 023** | **$21,346.00** | **wages** |

| Debtor | **Skylock Industries** | | Case number *(if known)* **2:24-bk-17820-BB** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Jeffrey B.Crevoiserat**<br>**335 W. Enid Drive**<br>**Key Biscayne, FL 33149**<br>**Chairman of the board of directors** | **9-27-2023-9-2<br>7-2024** | **$249,440.00** | compensation |
| 4.6. **Jeffrey B.Crevoiserat**<br>**335 W. Enid Drive**<br>**Key Biscayne, FL 33149**<br>**Chairman of the board of directors** | **9-27-2023-9-2<br>7-2024** | **$24,000.00** | **life insurance reimbursement** |
| 4.7. **Jeffrey B.Crevoiserat**<br>**335 W. Enid Drive**<br>**Key Biscayne, FL 33149**<br>**Chairman of the board of directors** | **9-27-2023-9-2<br>7-2024** | **$19,500.00** | **reimbursement for legal fees<br>paid to corporate counsel.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Old National Equipment Finance<br>a div Old National Bank<br>6041 N. Clark Street<br>Chicago, IL 60660** | **seized monies from Bank of  America<br>account**<br>Last 4 digits of account number: _____ | **07-02-2024** | **$28,803.00** |

---

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Wintrust Special Finance et<br>al. vs. Skylock Industries et<br>al.<br>21PSCV00037** | **Contract/Warranty<br>Breach-Seller<br>Plaintiff** | **Los Angeles Superior Court<br>Pomona Courthouse<br>400 Civic Center Plaza<br>Dept. H<br>Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Blum Courtyard Associates a<br>Claifornia Limited Partnership<br>vs. Skylock Industries et al.<br>24PSCV02621** | **Breach of<br>Rental/Lease<br>Contract** | **Los Angeles Superior Court<br>Pomona Courthouse<br>400 Civic Center Plaza<br>Dept. H<br>Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Skylock Industries** | | | Case number *(if known)* | **2:24-bk-17820-BB** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Federal Express Corporation vs. Skylock Industries et al.**<br>**24PSCV03181** | **Collections** | **Los Angeles Superior Court**<br>**Pomona Courthouse**<br>**400 Civic Center Plaza**<br>**Dept. H**<br>**Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Bank of America Leasing & Capital LLC vs. Skylock Industries et al.**<br>**21PSCV00412** | **Breach of Rental/Lease Contract** | **Los Angeles Superior Court**<br>**Pomona Courthouse**<br>**400 Civic Center Plaza**<br>**Dept. H**<br>**Pomona, CA 91766** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Hutchins General Aircraft, Inc., vs. Skylock Industries et al.**<br>**24PSCV00957** | **Contract/Warranty Breach** | **Los Angeles Superior Court**<br>**Pomona Courthouse**<br>**400 Civic Center Plaza**<br>**Dept. H**<br>**Pomona, CA 91766** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Highland Captial Corporation vs. Skylock Industries et al.**<br>**1:21-cv-00475** | **Diversity-Breach of Contract** | **United States District Court**<br>**Northern District of**<br>**Illinois-Chica** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **L&J Investment Holdings LLC vs. Skylock Industries et al.**<br>**1:23-cv-00135-VSB** | **Diversity-other Contract** | **United States District Court**<br>**Southern District of New York-**<br>**Foley Square** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Siemens Financial Services Inc., vs. Skylock Industries Inc.,**<br>**22PSCV00660** | **Breach of contract** | **Superior Court of California**<br>**Pomona**<br>**400 Civicc Center Place**<br>**Pomona, CA 91766** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Old National Equipment Finance a division of Old National Bank as assignee of ENGS Commercial Finance Co. vs. Skylock Industries, et al.**<br>**2023-AR-626** | **Breach of contract** | **State of Illinois Circuit Court**<br>**DuPage County**<br>**505 N. County Farm Rd**<br>**Wheaton, IL 60187** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10.| **Adhara Aerospace and Defense, LLC vs. Skylock Industries et al.**<br>**unassigned** | **Foreclosure of 3rd party collateral by assignee of lender including real property valued at $8,000,000.00; UCC1 foreclosure was scheduled for 9-27-2024.** | **unassigned** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |

| Debtor | **Skylock Industries** | Case number *(if known)* | **2:24-bk-17820-BB** |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey S. Shinbrot, APLC**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403** | **Attorney Fees** | **09-25-2024** | **$51,738.00** |
| | **Email or website address**<br>**jeffrey@shinbrotfirm.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor via equity contribution from**<br>**Jeffrey Crevoiserat** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | **Skylock Industries** | | Case number *(if known)*  **2:24-bk-17820-BB** |
| --- | --- | --- | --- |

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **1300 W. Optical Drive Irwindale, CA** | **2015-02-2024** |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **Skylock Industries**                                      Case number (if known)  **2:24-bk-17820-BB**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **16117 Avenue Padilla Irwindale, CA** | **Jeffrey B.Crevoiserat, Jimmie A. Pease and Angie Kampa** | **Equipment** | ☐ No  ■ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Debtor    **Skylock Industries**                                    Case number *(if known)*  **2:24-bk-17820-BB**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Angie Kampa**<br>**11026 Rincon Drive**<br>**Whittier, CA** | **2018-present** |
| 26a.2. **Michael Peralta**<br>**16509 S.W. 54th CT**<br>**Hollywood, FL 33027-5604** | **2018-2021** |
| 26a.3. **Jeffrey Crevoiserat**<br>**335 W. Enid Drive**<br>**Key Biscayne, FL** | **2021-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.
☐ None

| Name and address |
|---|
| 26d.1. **HomeStreet Bank** |
| 26d.2. **Store Capital** |
| 26d.3. **Pasadena Private Finance LLC**<br>**dba Pasadena Private Lending**<br>**2 North Lake AVenue Suite 510**<br>**Pasadena, CA 91101** |

**27. Inventories**

| Debtor | **Skylock Industries** | | Case number *(if known)* | **2:24-bk-17820-BB** |
|---|---|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Marr and Teresa** | **12-4-2022** | **$8451745.00**<br>**Basis Cost** |
| | Name and address of the person who has possession of inventory records<br>**Jimmie A. Pease**<br>**10929 Walnut Drive**<br>**Sunland, CA 91040** | | |
| 27.2. | **Mara/Teresa** | **03-31-2021** | **$8,278,414**<br>**basis cost** |
| | Name and address of the person who has possession of inventory records<br>**Jimmie A. Pease**<br>**10929 Walnut Drive**<br>**Sunland, CA 91040** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey B.Crevoiserat** | **335 W. Enid Drive**<br>**Key Biscayne, FL 33149** | **Chief Financial Officer and Chairman of the Board of Directors** | |
| **Jimmie A. Pease, Sr.** | **10929 Walnut Drive**<br>**Sunland, CA 91040** | **President and Member of the Board of Directors** | |
| **Skylock Holdings, LLC** | **7318 Augusta Pines Dr.**<br>**Spring, TX 77389** | **100% shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Skylock Industries**                                         Case number *(if known)*    **2:24-bk-17820-BB**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10-08-2024

_____          **Jeffrey B. Crevoiserat**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chairman of the Board of Directors**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Skylock Industries**                                          Case No.  **2:24-bk-17820-BB**
_____          _____
                                     Debtor(s)           Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $          **51,738.00**

    Prior to the filing of this statement I have received ......................    $          **51,738.00**

    Balance Due .......................................................................................    $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    **Debtor via equity contribution from Jeffrey Crevoiserat.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **As set forth in the Application to Employ General Insolvency Counsel for Debtor filed at ECF Doc. #40.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **As set forth in the Application to Employ General Insolvency Counsel for Debtor filed at ECF Doc. #40.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    10/8/24
_____          _____
*Date*                                    **Jeffrey S. Shinbrot 155486**
                                          *Signature of Attorney*
                                          **Jeffrey S. Shinbrot, APLC**
                                          **15260 Ventura Blvd.**
                                          **Suite 1200**
                                          **Sherman Oaks, CA 91403**
                                          **3106595444  Fax: 3108788304**
                                          **jeffrey@shinbrotfirm.com**
                                          *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: 155486 CA<br>**jeffrey@shinbrotfirm.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **Skylock Industries**<br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.: **2:24-bk-17820-BB**<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __15__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10 - 08 - 2024__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Skylock Industries
1290 W. Optical Drive
Azusa, CA 91702


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


1290 Optical Drive LLC
1290 Optical Drive
Azusa, CA 91702


AAA Stamping
PO Box 4027
Chino, CA 91710


Abrasive Finishing Company
14920 South Main Street
Gardena, CA 90248


Accurate Bushing Co., Inc.,
443 North Avenue
Garwood, NJ 07277


ACRO-SPEC GRINDING CO. INC.
4134 Indus Way
Riverside, CA 92503


Adept Fasteners
PO Box 579
Castaic, CA 91310

Adhara Aerospace and Defense LLC
2 North Lake Suite 510
Pasadena, CA 91101


Aircraft X-Ray Laboratorie Inc.
5216 PACIFIC BLVD,
Huntington Park, CA 90255


AIRGAS WELDING SUPPLY
PO Box 7423
Pasadena, CA 91109


All Industrial Chem
PO Box 4500
Fort Lauderdale, FL 33345


All Star Fastners
2113 S. Standard Avenue
Santa Ana, CA 92707


Alloy Processing
PO box 101963
Pasadena, CA 91189


Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70002


Amberwick Corporation
2304 W. 16th STREET
Long Beach, CA 90813

American Drilling Company
PO Box 1720
Lawndale, CA 90260

American Express
P.O. Box 297858
Ft. Lauderdale, FL 33329-7879

Azusa Light & Water
729 N Azusa Ave
Azusa, CA 91702

Banc of America Leasing & Capital L
c/o Serlin & Whiteford, LLP
900 Howe Avenue Ste. 250
Sacramento, CA 95825

Banterra Bank
111 Airway Drive
Marion, IL 62959

Basil Sami Shiber, Esquire
Miller Starr Regalia
1331 N. California Blvd., 6FL
PO Box 8177
Walnut Creek, CA 94596

Bell Helicopter
3255 Bell Flight Blvd.,
Fort Worth, TX 76118

Bisco Industries
PO Bo x68062
Anaheim, CA 92817

Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103


Blue Sky Industries
FDH AERO LLC, 5200 SHEILA,
Los Angeles, CA 90040


Blum Courtyard Assoc
505 Sansome St., Ste 900
San Francisco, CA 94111


Bodycote Thermal Processing
Processing Dept.9692
Los Angeles, CA 90084


Boeing Company
929 Long Bridge Drive
Arlington, VA 22202


Bralco Industries
Bralco Metals LLC
3010 Old Ranch Parkway Suite 400
Seal Beach, CA 90740


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693


Consolidated Industries Inc.,
677 Mixville Road
Cheshire, CT 06410

Crestmark Vendor Finance,
a division of MetaBank
5480 Corporate Drive Suite 350
Troy, MI 48098


Darin St. Ivany
441 32nd Street
Manhattan Beach, CA 90266


Don Redmon
13246 W. Cameridge Avenue
Goodyear, AZ 85395-2118


Edward Chang Yim, Esquire
Castandeda Law APC
1055 Wilshire Blvd., Ste 1940
Los Angeles, CA 90017-4000


Federal Express Coproration
PO Box 7221
Pasadena, CA 91109-8321


FPD Company
124 Hidden Valley Road
Canonsburg, PA 15317


Health Net Insurance
File # 52617
Los Angeles, CA 90074-2617


Highland Capital Corporation
Segal McCambridge Singer Mahoney
233 S. Wacker Drive # 5500
Chicago, IL 60606

HSBC Bank USA NA
Commercial Loan Service Suite 0002
Celoron, NY 14720


HTA Heat Treat
10140 Romandel Avenue
Santa Fe Springs, CA 90670


Hutchins General Aircraft Inc.,
dba General Aircraft Company
321 Kinetic Drive
Oxnard, CA 93030


I & R Company LLC
221 W. Alamdeda Ave Ste. 205
Burbank, CA 91582


INL Spring MFG Co.
4201 Santa Ana St ste. A
Ontario, CA 91761


Inventory Locator Service LLC
8001 Centerview Parkway Ste. 400
Cordova, TN 38018


Jan Kens
715 E. Cypress
Monrovia, CA 91016


Jeff Crevoiserat Holdings
18555 Collins Avenue Unit 801
North Miami Beach, FL 33160

Jeffrey B.Crevoiserat
335 W. Enid Drive
Key Biscayne, FL 33149


Jennifer Sarah Kramer



Jimmie A. Pease
10929 Walnut Drive
Sunland, CA 91040


L&J Investment Holdings LLC
c/o David Leichtman
185 Madison Avenue Ste 15th Fl
New York, NY 10016


L.A. Commercial Group Inc.,
dba Continental Commercial Group an
1111 N. Brand Blvd., Suite 401
Glendale, CA 91202


Lanz Machining
1747 E. Avenue Q Unit D2
Palmdale, CA 93550


Law Office of Dean G. Thompson
3317 W. Beverly Blvd., Ste 107
Montebello, CA 90640


Lewis Roca Rothgerber Christie LLP
Corporate Headquarters
201 EAst Washington St., Ste.1200
Phoenix, AZ 85004

Long K. Bui, Esquire
Sakaida & Bui
2355 Westwood Blvd., # 327
Los Angeles, CA 90064


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Luis Jimenez
L&J Investments Holdings LLC
1345 Aenue of the Americas 2nd FL
New York, NY 10105


M B Stamping
10756 Weaver Ave South
South El Monte, CA 91733


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Mercury Broach
2546 Seaman Ave
South El Monte, CA 91733


Midland Equipment Finance
5403 Olympic Drive NW Ste. 200
Gig Harbor, WA 98335

Mitsubishi HC Capital America
800 Connecticut Avenue
Norwalk, CT 06854


Multitech CNC
38588 Lion Way
Palmdale, CA 93551


ND Testing, Inc.,
11473 Pacific Avenue
Fontana, CA 92337


Nick I. Iezza, Esquire
Spiwak & Iezza, LLP
555 Marin Stret Ste. 140
Thousand Oaks, CA 91360


Office Solutions
233030 La Palma Aven
Yorba Linda, CA 92887


Phillips Lytle LLP
30 South Pearl Street
Albany, NY 12207


Plascore
PO Box 170
Zeeland, MI 49464


Plymouth Tube Company-Trent
2056 Young Street
East Troy, WI 53120

PPL Optical Holdings, LLC
by Pasadena Private Leding, Inc.,
2 North Lake Avenue Suite 510
Pasadena, CA 91101


PRECISION CONTROL FINISHING, INC.
12150 S. Bloomfield Ave Ste D
Santa Fe Springs, CA 90670


PRECISION INSTRUMENT CORRECTION INC
933 Mariner St
Brea, CA 92821


Pro Centur Insurance
PO Box 30002
Tampa, FL 33630-3002


PTS SOLUTIONS
PO Box 670587
Detroit, MI 48267


PVS VALLEY ALARM
PO Box 311
San Fernando, CA 91341


R.L. ANODIZING AND PLATING
11331 Penrose St
Sun Valley, CA 91352


REXNORD INDUSTRIES
PO Bo x93944
Chicago, IL 60673

ROLLED ALLOYS
PO Box 67000 Dept 33901
Detroit, MI 48267


Ron Baxter
13620 East 79th Street
Derby, KS 67037


Ryan Kampa
11026 Rincon Dr.
Whittier, CA 90606


S&D INDUSTRIAL TOOL SUPPLY
685 S. Manchester Avenue
Anaheim, CA 92802


Safety-Kleen Corp
PO Bo x975201
Dallas, TX 75397


SAW SERVICE OF AMERICA
8210 Industry Ave
Pico Rivera, CA 90660


SELWAY MACHINE TOOL COMPANY
29250 Union City Blvd.,
Union City, CA 94587


Service Steel Aerospace
7925 Crossway Drive
Pico Rivera, CA 90660

SHCG, LLC
1590 Es[eramce Drive
Simi Valley, CA 93065


Siemens Financial Services, Inc.,
170 Wood Ave South
Iselin, NJ 08830


Siemens Financial Services, Inc.,
Attn: Ligitgation Counsel
4800 North Point Parkway
Alpharetta, GA 30022


Sierra Alloys Co.
5467 Ayon Avenue
Baldwin Park, CA 91706


SKI-SUNDRIES
10 Melanie Ln
Fryeburg, ME 04037


Skylock Holding, LLC
7318 Augusta Pines Drive
Spring, TX 77389


Skylock Holdings, LLC
7318 Augusta Pines Dr.
Spring, TX 77389


Southern California Edison
PO Box 300
Rosmead, CA 91772-0001

Specline
2230 Mouton Dive
Carson City, NV 89706


Spirit AeroSystems Inc.,
PO Box 780008
Wichita, KS 67278


SPIRIT AEROSYSTEMS, INC.
3801 S. Oliver St.,
Wichita, KS 67210


Sumitomo Mitsui Banking
601 S. Figueroa St., # 1800
Los Angeles, CA 90017


Sumitomo Mitsui Banking Corporation
Americas Headquarters
277 Park Avenue
New York, NY 10172


Supra Alloys
352 Balboa Circle
Camarillo, CA 93012


SUPREME STEEL TREATING
2466 Seaman Ave
South El Monte, CA 91733


Tech-Mar Capital LLC   (5)
16509 S. W. 54th Court
Hollywood, FL 33027

THE HOME DEPOT PRO
PO Bo x742440
Los Angeles, CA 90074


Titanium Industries
4113 Solutions Center
Chicago, IL 60677


TRIUMPH COMPOSITE SYSTEMS,INC
PO Box 643440
Buffalo, NY 14264


TWO BROTHERS CUSTOM SILKSCREEN
10754 Weaver Ae
South El Monte, CA 91733


ULINE
PO Bo x88741
Chicago, IL 60680


US Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


VER-SALES, INC.
2509 N. Naomi St
Burbank, CA 91504


Wencor, LLC
3577 S. Mountain Vista Parkway
Provo, UT 84606

Wesco Aircraft
27727 Avenue Scott
Valencia, CA 91355


West Air
3001 E. Miraloma Avenue
Anaheim, CA 92806


WEST VALLEY PLATING
21061 Superior St
Chatsworth, CA 91311


WESTERN TOOL & SUPPLY CO.
PO Bo x2420
Livermore, CA 94551


William L. Neiman
1164 Amalfi Drive
Pacific Palisades, CA 90272


Wright Finlay & Zak, LLP
4665 MacArthur Court Suite 200
Newport Beach, CA 92660