# EXHIBIT "A"

|  | 1st QTR '23 ACTUAL | 2nd QTR '23 ACTUAL | 3rd QTR '23 ACTUAL | 4th QTR '23 PRELIMINARY |
|---|---:|---:|---:|---:|
| **G&A EXPENSES** | | | | |
| RENT EXPENSE | 123,332 | 125,647 | 117,560 | 108,854 |
| PROPERTY AND SALES TAXES | 16,936 | 17,635 | 23,733 | 7,312 |
| DISCOUNTS | 26,529 | 93,662 | 23,998 | 22,269 |
| SHIPPING | 61,373 | 30,020 | 4,171 | 20,084 |
| HEALTH AND OTHER BENEFITS | 115,109 | 125,985 | 113,444 | 109,939 |
| ADMINISTRATIVE PAYROLL | 316,257 | 299,684 | 284,105 | 307,199 |
| LEGAL and PROF FEES | 5,000 | 53,800 | 60,051 | 0 |
| INSURANCE | 21,889 | 33,798 | 26,416 | (6,150) |
| UTILITIES AND PHONE | 67,852 | 67,101 | 78,880 | 39,878 |
| AUTO EXPENSE | 20,601 | 22,562 | 23,506 | 13,221 |
| REPAIRS & MAINTANANCE | 5,959 | 7,147 | 5,900 | 6,730 |
| COMPUTER AND SOFTWARE | 6,598 | 1,417 | 2,370 | 22,656 |
| OTHER | 12,840 | 30,843 | 6,649 | 4,912 |
| **G & A EXPENSES** | **800,275** | **909,301** | **770,783** | **656,904** |