# EXHIBIT "B"

*Revised 10/19/24*

# SKYLOCK INDUSTRIES
## Cash Flow Forecast

| Week Ending 2024: | 12-Oct (Actual) | 19-Oct | 26-Oct | 2-Nov | 9-Nov | 16-Nov | 23-Nov | 30-Nov | 7-Dec | 14-Dec | 21-Dec | 28-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Receivable Summary:** | | | | | | | | | | | | |
| Beginning AR | 439,475 | 512,152 | 489,721 | 488,421 | 547,416 | 537,079 | 527,809 | 532,140 | 534,105 | 545,579 | 569,184 | 586,888 |
| Sales (Assume Boeing Strike into November) | 212,270 | 80,000 | 110,000 | 170,000 | 120,000 | 125,000 | 130,000 | 135,000 | 145,000 | 160,000 | 160,000 | 160,000 |
| Collections | (139,593) | (102,430) | (111,300) | (111,005) | (130,337) | (134,270) | (125,669) | (133,035) | (133,526) | (136,395) | (142,296) | (146,722) |
| Ending AR | 512,152 | 489,721 | 488,421 | 547,416 | 537,079 | 527,809 | 532,140 | 534,105 | 545,579 | 569,184 | 586,888 | 600,166 |
| | | | | | | | | | | | | |
| **Beginning Cash** | 19,217 (Sept 27th) | 2,318 | 49,566 | 68,993 | 71,042 | 99,507 | 111,795 | 132,203 | 157,006 | 176,821 | 203,879 | 232,435 |
| **Cash Receipts** | | | | | | | | | | | | |
| Short-Term Loan (shareholders) | | | | | | | | | | | | |
| Short-Term Credit Facility (DIP Financing)) | | | | | | | | | | | | |
| A/R Collections estimated | 139,593 | 102,430 | 111,300 | 111,005 | 130,337 | 134,270 | 125,669 | 133,035 | 133,526 | 136,395 | 142,296 | 146,722 |
| **Total Cash Receipts** | 139,593 | 102,430 | 111,300 | 111,005 | 130,337 | 134,270 | 125,669 | 133,035 | 133,526 | 136,395 | 142,296 | 146,722 |
| | | | | | | | | | | | | |
| **Recurring Fixed Expenditures** | | | | | | | | | | | | |
| ADEQUATE PROTECTION PAYMENT - SBA | 0 | 0 | 0 | 2,512 | 0 | 0 | 0 | 0 | 2,512 | 0 | 0 | 0 |
| PROFESSIONAL FEE CARVE-OUT (subject to court approval) | 0 | 0 | 10,000 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 10,000 | 0 |
| U.S TRUSTEE FEE (Deposit) | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 250 |
| RENT EXPENSE | 0 | 0 | 8,000 | 5,000 | 0 | 0 | 8,000 | 0 | 5,000 | 0 | 0 | 8,000 |
| SHIPPING OUR | 0 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| HEALTH/MEDICAL AND OTHER BENEFITS | 27,722 | 0 | 0 | 0 | 0 | 27,722 | 0 | 0 | 0 | 27,722 | 0 | 0 |
| NON-INSIDER PAYROLL | 39,350 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 |
| INSIDER PAYROLL - Subject to UST Notice of Insider Comp | 0 | 0 | 0 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| LEGAL and PROF FEES | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 |
| INSURANCE | 0 | 0 | 0 | 4,214 | 0 | 0 | 0 | 0 | 4,214 | 0 | 0 | 0 |
| UTILITIES AND PHONE ($5,000 DIP Deposit) | 5,000 | 0 | 2,124 | 0 | 9,000 | 0 | 2,124 | 8,200 | 0 | 0 | 2,124 | 8,200 |
| AUTO EXPENSE | 0 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 | 650 |
| REPAIRS & MAINTANANCE | 0 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| COMPUTER, SOFTWARE & SUBSCRIPTIONS | 448 | 448 | 448 | 448 | 448 | 448 | 448 | 448 | 448 | 448 | 448 | 448 |
| INTEREST (SBA PAYMENTS - Adequate Protection) | 0 | 0 | 0 | 2,551 | 0 | 0 | 0 | 2,551 | 0 | 0 | 0 | 0 |
| LICENSES, FEES, OFFICE & OTHER | 714 | 714 | 714 | 714 | 714 | 714 | 714 | 714 | 714 | 714 | 714 | 714 |
| **Total Fixed Costs** | 73,234 | 22,165 | 42,289 | 51,692 | 43,165 | 61,887 | 54,289 | 45,166 | 48,891 | 61,887 | 46,289 | 50,615 |
| | | | | | | | | | | | | |
| **Variable Manufacturing Costs** | | | | | | | | | | | | |
| RAW MAT.. & HdARDWARE | 9,634 | 9,634 | 13,246 | 16,472 | 11,627 | 12,112 | 12,596 | 13,080 | 14,049 | 15,503 | 15,503 | 15,503 |
| RAW MAT.. & HdARDWARE - RESTOCK PURCHASES | 0 | 0 | 10,000 | 10,000 | 20,000 | 20,000 | 10,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| MANUFACTURING WAGES | 53,193 | 12,170 | 12,170 | 12,170 | 12,170 | 12,170 | 12,170 | 13,387 | 13,387 | 13,387 | 13,387 | 13,387 |
| OUTSIDE PROCESSING | 19,337 | 10,800 | 12,600 | 16,200 | 13,200 | 13,500 | 13,800 | 14,100 | 14,700 | 15,600 | 15,600 | 15,600 |
| SMALL TOOLS | 0 | 0 | 500 | 773 | 545 | 1,100 | 1,144 | 1,188 | 1,276 | 1,408 | 1,408 | 1,408 |
| MANUFACTURING SUPPLIES | 1,095 | 413 | 567 | 877 | 619 | 645 | 670 | 696 | 748 | 825 | 825 | 825 |
| FREIGHT AND SHIPPING | 0 | 0 | 500 | 773 | 545 | 568 | 591 | 614 | 659 | 727 | 727 | 727 |
| **Total Variable Costs** | 83,259 | 33,016 | 49,584 | 57,264 | 58,707 | 60,095 | 50,972 | 63,066 | 64,819 | 47,450 | 67,450 | 47,450 |
| | | | | | | | | | | | | |
| **Net Cash at End of Period** | 2,318 | 49,566 | 68,993 | 71,042 | 99,507 | 111,795 | 132,203 | 157,006 | 176,821 | 203,879 | 232,435 | 281,091 |
| | | | | | | | | | | | | |
| **Net Change in Cash** | (16,899) | 47,248 | 19,427 | 2,049 | 28,465 | 12,288 | 20,408 | 24,803 | 19,816 | 27,057 | 28,556 | 48,656 |

| 4-Jan | 11-Jan | 18-Jan | 25-Jan | 1-Feb | 8-Feb | 15-Feb |
|---|---|---|---|---|---|---|
| 600,166 | 610,125 | 617,593 | 623,195 | 627,396 | 630,547 | 632,910 |
| 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 |
| (150,042) | (152,531) | (154,398) | (155,799) | (156,849) | (157,637) | (158,228) |
| 610,125 | 617,593 | 623,195 | 627,396 | 630,547 | 632,910 | 634,683 |
| | | | | | | |
| 281,091 | 340,240 | 368,434 | 416,092 | 459,611 | 532,333 | 573,081 |
| | | | | | | |
| 150,042 | 152,531 | 154,398 | 155,799 | 156,849 | 157,637 | 158,228 |
| 150,042 | 152,531 | 154,398 | 155,799 | 156,849 | 157,637 | 158,228 |
| | | | | | | |
| 2,512 | 0 | 0 | 0 | 2,512 | 0 | 0 |
| 0 | 0 | 0 | 10,000 | 0 | 0 | 0 |
| 0 | 0 | 0 | 250 | 0 | 0 | 0 |
| 0 | 5,000 | 0 | 8,000 | 0 | 5,000 | 0 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 0 | 27,722 | 0 | 0 | 0 | 27,722 | 0 |
| 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 | 19,653 |
| 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 |
| 4,214 | 0 | 0 | 4,214 | 0 | 0 | 0 |
| 0 | 0 | 2,124 | 8,200 | 0 | 0 | 0 |
| 650 | 650 | 650 | 650 | 650 | 650 | 650 |
| 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| 448 | 448 | 448 | 448 | 448 | 448 | 448 |
| 2,551 | 0 | 0 | 0 | 0 | 2,551 | 0 |
| 714 | 714 | 714 | 714 | 714 | 714 | 714 |
| 43,442 | 66,887 | 39,289 | 64,829 | 36,677 | 69,438 | 37,165 |
| | | | | | | |
| 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 | 15,503 |
| | 10,000 | 20,000 | | | | |
| 13,387 | 13,387 | 13,387 | 13,387 | 13,387 | 13,387 | 13,387 |
| 15,600 | 15,600 | 15,600 | 15,600 | 15,600 | 15,600 | 15,600 |
| 1,408 | 1,408 | 1,408 | 1,408 | 1,408 | 1,408 | 1,408 |
| 825 | 825 | 825 | 825 | 825 | 825 | 825 |
| 727 | 727 | 727 | 727 | 727 | 727 | 727 |
| 47,450 | 57,450 | 67,450 | 47,450 | 47,450 | 47,450 | 47,450 |
| | | | | | | |
| 340,240 | 368,434 | 416,092 | 459,611 | 532,333 | 573,081 | 646,693 |
| | | | | | | |
| 59,149 | 28,194 | 47,659 | 43,519 | 72,721 | 40,748 | 73,612 |

# SKYLOCK INDUSTRIES
## *Detail Vendor Payments by Week*

Question 4.1

**Vendors Paid by Account:**

| | 12-Oct | 19-Oct | 26-Oct | 2-Nov |
|---|---:|---:|---:|---:|
| **Acct 5000:** | | | | |
| MB Stamping | 2,707.25 | | | |
| Copper & Brass Sales | 859.39 | | | |
| Copper & Brass Sales | 772.01 | | | |
| McMaster | 293.49 | | | |
| McMaster | 148.13 | | | |
| McMaster | 60.95 | | | |
| Newcomb | 1,760.40 | | | |
| SBH Specialty Brass | 1,046.00 | | | |
| Seastrom | 1,786.73 | | | |
| Uline | 199.41 | | | |
| | 9,633.76 | | | |
| **Acct 5030:** | | | | |
| Anochem | 6,366.75 | | | |
| Denmac Industries | 280.00 | | | |
| Infinity Plating | 0.00 | | | |
| Joe Toruno | 300.80 | | | |
| Mercury Broach | 600.00 | | | |
| PMP Precision | 3,284.66 | | | |
| Sierra Laser | 185.00 | | | |
| Supreme Steel | 2,320.00 | | | |
| | 13,337.21 | | | |
| **Acct 5200:** | | | | |
| C&M Topline | 1,094.73 | 1,094.73 | | |
| **Acct 7611:** | | | | |
| Quickbooks | 448.00 | 448.00 | | |
| **Acct 6340:** | | | | |
| Azusa Light & Power | | 4,650.00 | | |
| Southern Cal Edison | | 100.00 | | |
| The Gas Company | | 250.00 | | |
| | 5,000.00 | | | |
| **Acct 7460:** | | | | |
| City of Azusa | 396.40 | 396.40 | | |
| **Acct 7610:** | | | | |
| Pure Waterfall | 318.00 | 318.00 | | |
| **Acct 7630:** | | | | |
| HealthNet Ins | 27,721.72 | 27,721.72 | | |
| | 57,949.82 | 57,949.82 | | |

1:54 PM
10/15/24

# SKYLOCK INDUSTRIES, INC
## Transaction List by Vendor
### September 27 through October 12, 2024

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **ANOCHEM COATINGS** | | | | | | | | |
| Bill | 10/08/2024 | ACH ... | C,C 78734 | 2000 · ACCOUN... | | 5030 · OUTS... | | 660.00 |
| Bill | 10/08/2024 | ACH ... | C,C 78767 | 2000 · ACCOUN... | | 5030 · OUTS... | | 891.00 |
| Bill | 10/08/2024 | ACH ... | C,C 78724 | 2000 · ACCOUN... | | 5030 · OUTS... | | 2,739.00 |
| Bill Pmt -Check | 10/08/2024 | ELE... | | 1098 .Chase Oper... | | 2000 · ACC... | | 6,366.75 |
| **AZUSA LIGHT & WATER-016-1278.306** | | | | | | | | |
| Bill | 10/07/2024 | DEP... | ACCT#016-... | 2000 · ACCOUN... | | 6340 · UTILI... | | 4,650.00 |
| Bill Pmt -Check | 10/07/2024 | 4031 | 016-1278.306 | 1087 - BOA - OP... | | 2000 · ACC... | | 4,650.00 |
| **C & M TOPLINE** | | | | | | | | |
| Bill | 10/08/2024 | C,C 7... | C,C 78782 | 2000 · ACCOUN... | | 5200 · MFG ... | | 1,094.73 |
| Bill Pmt -Check | 10/08/2024 | ELE... | C,C 78782 | 1087 - BOA - OP... | | 2000 · ACC... | | 1,094.73 |
| **CITY OF AZUSA** | | | | | | | | |
| Bill | 10/08/2024 | ACC... | 1290 W OP... | 2000 · ACCOUN... | | 7460 · LICE... | | 396.40 |
| Bill Pmt -Check | 10/08/2024 | 4038 | 1290 W OP... | 1087 - BOA - OP... | | 2000 · ACC... | | 396.40 |
| **COPPER & BRASS SALES** | | | | | | | | |
| Bill | 10/03/2024 | C,C 7... | C,C 78828 | 2000 · ACCOUN... | | 5001 · Raw ... | | 859.39 |
| Bill Pmt -Check | 10/03/2024 | ELE... | C,C 78828 | 1087 - BOA - OP... | | 2000 · ACC... | | 859.39 |
| Bill | 10/09/2024 | ACH ... | ACH 78843 | 2000 · ACCOUN... | | 5001 · Raw ... | | 772.01 |
| Bill Pmt -Check | 10/09/2024 | ELE... | ACH 78843 | 1098 .Chase Oper... | | 2000 · ACC... | | 772.01 |
| **DENMAC INDUSTRIES** | | | | | | | | |
| Bill | 10/09/2024 | COD ... | COD 78850 | 2000 · ACCOUN... | | 5030 · OUTS... | | 280.00 |
| Bill Pmt -Check | 10/09/2024 | 4040 | COD 78850 | 1087 - BOA - OP... | | 2000 · ACC... | | 280.00 |
| **First Insurance Funding Corp** | | | | | | | | |
| Bill | 10/01/2024 | 2024 ... | 2024  4 of ... | 2000 · ACCOUN... | | 7155 · INSU... | | 4,213.78 |
| **HEALTH NET INSURANCE** | | | | | | | | |
| Bill | 10/01/2024 | OCT ... | GROUP # R... | 2000 · ACCOUN... | | 7630 · EMP ... | | 27,721.72 |
| Bill Pmt -Check | 10/10/2024 | ELE... | h1256f | 1098 .Chase Oper... | | 2000 · ACC... | | 27,721.72 |
| **INFINITY PLATING** | | | | | | | | |
| Bill | 10/08/2024 | COD ... | COD 78831 | 2000 · ACCOUN... | | 5030 · OUTS... | | 750.00 |
| Bill Pmt -Check | 10/08/2024 | 4035 | VOID: COD... | 1087 - BOA - OP... | X | 2000 · ACC... | | |
| **JOE TORUNO** | | | | | | | | |
| Bill | 10/08/2024 | COD ... | COD 78846 | 2000 · ACCOUN... | | 5030 · OUTS... | | 300.80 |
| Bill Pmt -Check | 10/08/2024 | 4036 | COD 78846 | 1087 - BOA - OP... | | 2000 · ACC... | | 300.80 |
| **KIRTON'S LANDSCAPE MAINTENANCE, INC.** | | | | | | | | |
| Bill | 10/01/2024 | | 16117 AVE... | 2000 · ACCOUN... | | 7490 · MAIN... | | 300.00 |
| **M B STAMPING** | | | | | | | | |
| Bill | 10/09/2024 | COD ... | COD 78312 | 2000 · ACCOUN... | | 5003 · Purch... | | 1,394.25 |
| Bill | 10/09/2024 | COD ... | COD 78193 | 2000 · ACCOUN... | | 5003 · Purch... | | 1,313.00 |
| Bill Pmt -Check | 10/09/2024 | 4039 | | 1087 - BOA - OP... | | 2000 · ACC... | | 2,707.25 |
| **MCMASTER CARR** | | | | | | | | |
| Bill | 10/03/2024 | C,C 3... | C,C 78816 | 2000 · ACCOUN... | | -SPLIT- | | 293.49 |
| Bill | 10/03/2024 | C,C 3... | C,C 78819 | 2000 · ACCOUN... | | -SPLIT- | | 148.13 |
| Bill Pmt -Check | 10/03/2024 | ELE... | 77213801 | 1087 - BOA - OP... | | 2000 · ACC... | | 293.49 |
| Bill Pmt -Check | 10/03/2024 | ELE... | 77213801 | 1087 - BOA - OP... | | 2000 · ACC... | | 148.13 |
| Bill | 10/08/2024 | C,C 7... | C,C 78849 | 2000 · ACCOUN... | | 5002 · Hard... | | 60.95 |
| Bill Pmt -Check | 10/08/2024 | ELE... | 77213801 | 1087 - BOA - OP... | | 2000 · ACC... | | 60.95 |
| **MERCURY BROACH** | | | | | | | | |
| Bill | 10/08/2024 | COD ... | COD 78522 | 2000 · ACCOUN... | | 5030 · OUTS... | | 600.00 |
| Bill Pmt -Check | 10/08/2024 | 4037 | COD 78522 | 1087 - BOA - OP... | | 2000 · ACC... | | 600.00 |
| **MICROSOFT** | | | | | | | | |
| Bill | 10/01/2024 | | | 2000 · ACCOUN... | | 7640 · SUBS... | | 540.00 |
| **NEW ERA DRUG TESTING** | | | | | | | | |
| Bill | 09/30/2024 | SEP ... | ACCT#10227 | 2000 · ACCOUN... | | 7530 · MEDI... | | 5.00 |
| **NEWCOMB SPRING OF CALIFORNIA** | | | | | | | | |
| Bill | 10/01/2024 | COD ... | COD 78682 | 2000 · ACCOUN... | | 5002 · Hard... | | 1,760.40 |
| Bill Pmt -Check | 10/01/2024 | 4030 | COD 78682 | 1087 - BOA - OP... | | 2000 · ACC... | | 1,760.40 |
| **PMP PRECISION METAL PROCESSI** | | | | | | | | |
| Bill | 09/30/2024 | 37356 | 78830 | 2000 · ACCOUN... | | 5030 · OUTS... | | 189.00 |
| Bill | 10/02/2024 | 37449 | 78838 | 2000 · ACCOUN... | | 5030 · OUTS... | | 89.25 |
| Bill | 10/03/2024 | 37478 | 78834 | 2000 · ACCOUN... | | 5030 · OUTS... | | 89.25 |
| Bill | 10/03/2024 | 37477 | 78845 | 2000 · ACCOUN... | | 5030 · OUTS... | | 89.25 |
| Bill | 10/03/2024 | 37479 | 78836 | 2000 · ACCOUN... | | 5030 · OUTS... | | 190.58 |
| Bill | 10/03/2024 | 37474 | 78832 | 2000 · ACCOUN... | | 5030 · OUTS... | | 215.46 |
| Bill | 10/04/2024 | 37516 | 78833 | 2000 · ACCOUN... | | 5030 · OUTS... | | 89.25 |
| Bill | 10/07/2024 | 37576 | 78896 | 2000 · ACCOUN... | | 5030 · OUTS... | | 208.00 |
| Bill | 10/07/2024 | 37577 | 78835 | 2000 · ACCOUN... | | 5030 · OUTS... | | 89.25 |
| Bill | 10/08/2024 | 37609 | 78847 | 2000 · ACCOUN... | | 5030 · OUTS... | | 126.00 |
| Bill Pmt -Check | 10/09/2024 | ELE... | | 1098 .Chase Oper... | | 2000 · ACC... | | 3,284.66 |

Page 1

1:54 PM
10/15/24

# SKYLOCK INDUSTRIES, INC
## Transaction List by Vendor
### September 27 through October 12, 2024

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **PURE WATERFALL** | | | | | | | | |
| Bill | 10/09/2024 | 40437 | 40437 | 2000 · ACCOUN... | | 7610 · OFFI... | | 167.00 |
| Bill Pmt -Check | 10/09/2024 | 4041 | remplace ck... | 1087 - BOA - OP... | | 2000 · ACC... | | 318.00 |
| **QA LUBRICANTS INC** | | | | | | | | |
| Bill | 10/04/2024 | IN09... | 78817 | 2000 · ACCOUN... | | -SPLIT- | | 578.21 |
| **QUICKBOOKS** | | | | | | | | |
| Bill | 10/01/2024 | OCT ... | OCT 2024 | 2000 · ACCOUN... | | 7611 · COM... | | 448.00 |
| Bill Pmt -Check | 10/04/2024 | ELE... | OCT 2024 | 1098 .Chase Oper... | | 2000 · ACC... | | 448.00 |
| **RIGHT NETWORKS** | | | | | | | | |
| Bill | 10/01/2024 | | HOSTING ... | 2000 · ACCOUN... | | 7640 · SUBS... | | 119.70 |
| **SBH SPECIALTY BRASS & HARDWARE** | | | | | | | | |
| Bill | 10/10/2024 | ACH ... | ACH 78825 | 2000 · ACCOUN... | | 5002 · Hard... | | 490.00 |
| Bill | 10/10/2024 | ACH ... | ACH 78848 | 2000 · ACCOUN... | | 5002 · Hard... | | 240.00 |
| Bill Pmt -Check | 10/10/2024 | ELE... | | 1098 .Chase Oper... | | 2000 · ACC... | | 1,046.00 |
| **SEASTROM MFG. CO.** | | | | | | | | |
| Bill Pmt -Check | 10/03/2024 | ELE... | | 1087 - BOA - OP... | | 2000 · ACC... | | 1,786.73 |
| **SERRA LASER AND WATERJET INC** | | | | | | | | |
| Bill | 09/27/2024 | COD ... | COD 78720 | 2000 · ACCOUN... | | 5030 · OUTS... | | 185.00 |
| Bill Pmt -Check | 09/27/2024 | 4029 | COD 78720 | 1087 - BOA - OP... | | 2000 · ACC... | | 185.00 |
| **SOUTHERN CALIF EDISON - AVEPADILLA** | | | | | | | | |
| Bill | 10/07/2024 | DEP... | ACCT# 700... | 2000 · ACCOUN... | | 6340 · UTILI... | | 100.00 |
| Bill Pmt -Check | 10/07/2024 | 4032 | VOID: 7008... | 1087 - BOA - OP... | X | 2000 · ACC... | | |
| Bill Pmt -Check | 10/07/2024 | 4034 | 7008775261... | 1087 - BOA - OP... | | 2000 · ACC... | | 100.00 |
| **SUPREME STEEL TREATING** | | | | | | | | |
| Bill | 10/01/2024 | 954200 | 78844 | 2000 · ACCOUN... | | 5030 · OUTS... | | 160.00 |
| Bill Pmt -Check | 10/09/2024 | ELE... | | 1098 .Chase Oper... | | 2000 · ACC... | | 2,320.00 |
| **THE GAS CO-0261804740 - 1290 OPTICAL** | | | | | | | | |
| Bill | 10/07/2024 | DEP... | ACCT#022 ... | 2000 · ACCOUN... | | 6340 · UTILI... | | 250.00 |
| Bill Pmt -Check | 10/07/2024 | 4033 | ACCT#022 ... | 1087 - BOA - OP... | | 2000 · ACC... | | 250.00 |
| **U P S** | | | | | | | | |
| Bill | 09/28/2024 | 9269... | 926981 | 2000 · ACCOUN... | | 5220 · SHIP... | | 126.94 |
| Bill | 09/30/2024 | 1817... | 926981 | 2000 · ACCOUN... | | 5220 · SHIP... | | 271.69 |
| **U.S. SMALL BUSINESS ADMINISTRATION** | | | | | | | | |
| Bill | 10/01/2024 | | LOAN # 69... | 2000 · ACCOUN... | | 8420 · INTE... | | 2,511.00 |
| **ULINE** | | | | | | | | |
| Bill Pmt -Check | 10/04/2024 | ELE... | 3205026 | 1098 .Chase Oper... | | 2000 · ACC... | | 199.41 |
| **WEST AIR** | | | | | | | | |
| Bill | 09/30/2024 | 0011... | 78827 | 2000 · ACCOUN... | | -SPLIT- | | 389.15 |
| **WILLIAM NEIMAN** | | | | | | | | |
| Bill | 10/01/2024 | | 2024 RENT | 2000 · ACCOUN... | | -SPLIT- | | 16,000.00 |

Page 2

4:19 PM

10/18/24 Question 4.2

# SKYLOCK INDUSTRIES, INC
## Deposit Detail

September 27 through October 12, 2024

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Payment | 117458 | 09/27/2024 | AIRWORTHY 1... | 1098 .Chase Oper... | 4,500.00 |
| TOTAL | | | | | |
| Payment | 1174... | 09/30/2024 | SAINT-GOBAIN | 1100 BOA-SAV... | 15,325.20 |
| TOTAL | | | | | |
| Payment | CK#8... | 10/01/2024 | BELL TEXTRON... | 1098.Chase Oper... | 9,911.57 |
| TOTAL | | | | | |
| Payment | INV#... | 10/02/2024 | EMBRAER | 1100 BOA-SAV... | 2,275.00 |
| TOTAL | | | | | |
| Payment | INV#... | 10/04/2024 | AMTRAK | 1100 BOA-SAV... | 675.00 |
| TOTAL | | | | | |
| Payment | CK#9... | 10/07/2024 | BISCO INDUSTR... | 1087 -BOA -OP... | 2,311.40 |
| TOTAL | | | | | |
| Payment | 1171... | 10/08/2024 | SAFRAN CABIN .. | .1100.BOA-SAV... | 10,930.52 |
| TOTAL | | | | | |
| Payment | CK#4... | 10/08/2024 | BELL HELICOP... | 1098.Chase Oper... | 23,262.80 |
| TOTAL | | | | | |
| Payment | CK#2... | 10/08/2024 | BOEING ENCOR... | 1098 .Chase Oper... | 11,569.50 |
| TOTAL | | | | | |
| Payment | CK#4... | 10/08/2024 | BELL HELICOP... | 1098 .Chase oper... | 5,596.50 |
| TOTAL | | | | | |
| Payment | CK#I... | 10/08/2024 | BOEING COMM... | 1098 .Chase oper... | 38,160.00 |
| TOTAL | | | | | |
| Payment | CK#9... | 10/08/2024 | BISCO INDUSTR... | 1098 .Chase Oper... | 6,355.00 |
| TOTAL | | | | | |
| Payment | CK#3... | 10/09/2024 | JAMCO ATV(ERIC... | 1098.Chase Oper... | 7,422.70 |
| TOTAL | | | | | |
| Payment | INV#... | 10/10/2024 | SAFRAN CABIN ... | 1100.BOA-SAV... | 330.00 |
| | | | SAFRAN CABIN .. | .1200 • ACCOUN... | 20.00 |

2:20 PM
10/19/24

# SKYLOCK INDUSTRIES, INC
## A/R Aging Summary
As of October 12, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 5108069166 | | | | | 1,678.31 | 1,678.31 |
| AERO CONSULT GROUP | | | | | 1,652.55 | 1,652.55 |
| AEROSPACE TECHNOLOGY OF GLOBAL INC | | | | | | |
| AIM AEROSPACE, INC. RENTON | | | | | -406.00 | -406.00 |
| ALLOWANCE FOR BAD DEBT | | | | | | |
| AMTRAK | | 13,628.46 | 1,990.80 | | | 15,619.26 |
| AR/AP ADJUSTMENTS | | | | | | |
| AVIANOR, INC. | | | 1,304.25 | | 4,383.45 | 5,687.70 |
| AVIC CABIN SYSTEMS (UK) LTD | | | | | 6,026.39 | 6,026.39 |
| BELL HELICOPTER-CANADA | | 135,888.50 | 21,329.70 | | -1,245.68 | 155,972.52 |
| BELL TEXTRON FORT WORTH | | 8,832.70 | 9,228.75 | | 200.00 | 18,261.45 |
| BISCO INDUSTRIES. | | | 3,240.00 | | | 3,240.00 |
| BOEING COMMERCIAL AIRPLANE GROUP | | | 39,846.80 | | 4,240.00 | 44,086.80 |
| BOEING COMPANY | | | | | 4,740.00 | 4,740.00 |
| BOEING ENCORE INTERIORS LLC | | 5,999.00 | | | | 5,999.00 |
| BOEING GLOBAL SERVICES | | | | | 16,960.00 | 16,960.00 |
| ENJET AERO DAYTON INC | | | 257.60 | -6,215.10 | 12,198.50 | 6,241.00 |
| ENVOY AIR | | 948.00 | | | | 948.00 |
| EZ AIR INTERIOR LIMITED | | 16,916.12 | 23,409.26 | 5,320.09 | 5,848.60 | 51,494.07 |
| FASTAVIA LTD | | | | 6,245.00 | | 6,245.00 |
| FDH AERO, LLC | | | 8,452.50 | | | 8,452.50 |
| JAMCO AMERICA, INC. | | | 8,517.60 | | | 8,517.60 |
| MD HELICOPTERS, INC. | | -3,912.50 | | 782.50 | 116,633.25 | 113,503.25 |
| MONOGRAM SYSTEMS | | 3,262.00 | | | | 3,262.00 |
| SAFRAN CABIN CZ SRO | | 6,208.20 | 1,021.00 | | | 7,229.20 |
| SAFRAN CABIN INC | | 52,090.38 | 17,801.20 | 65.63 | 7,977.84 | 77,935.05 |
| SAFRAN CABIN INC CHIHUAHUA | | | 590.67 | 629.10 | 1,543.46 | 2,763.23 |
| SAFRAN CABIN INC SD | | 5,175.31 | 5,692.28 | | | 10,867.59 |
| SAINT-GOBAIN | | 25,063.30 | 8,244.95 | | 0.30 | 33,308.55 |
| SAM'S MARINE | | 3,462.90 | | | | 3,462.90 |
| SATAIR USA INC | | 29,627.82 | 26,632.62 | 9,631.44 | | 65,891.88 |
| SEY TEC | | 2,350.00 | | | | 2,350.00 |
| SPIRIT AERO SYSTEMS MALAYSIA | | | | | 31,059.50 | 31,059.50 |
| SPIRIT AEROSYSTEMS | | | | | -40,117.92 | -40,117.92 |
| SPIRIT AEROSYSTEMS INC | | | | | 209,060.14 | 209,060.14 |
| TEAM JAS | | | | | 4,094.40 | 4,094.40 |
| TUSAS-TURK HAVACILIK VE UZAYSANAYLL | | 10,905.00 | | | | 10,905.00 |
| VANGUARD AEROSPACE LLC | | | 1,187.85 | | | 1,187.85 |
| VT Volant Aerospace | | | | | -0.01 | -0.01 |
| WESCO AIRCRAFT HARDWARE | | | 500.00 | | | 500.00 |
| TOTAL | | 316,445.19 | 179,247.83 | 16,458.66 | 386,527.08 | 898,678.76 |

512,152.