JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 659-5444
Fax: (310) 878-8304
Reorganization Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SKYLOCK INDUSTRIES, a California corporation,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case Number: 2:24-bk-17820 BB<br><br>Chapter 11<br><br>**SUBMISSION OF AMENDMENT TO EQUIPMENT LIST PROPOSED TO BE SOLD BY THE DEBTOR FREE AND CLEAR OF LIENS.**<br><br>**Date:** November 27, 2024<br>**Time:** 10:00 a.m.<br>**Place:** 255 East Temple Street,<br>        Courtroom 1539<br>        Los Angeles, CA 90012<br>        [in person or via ZoomGov] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:** SKYLOCK INDUSTRIES, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding ("Debtor"), hereby submits its amended list of equipment to be sold by Onyx ("Onyx") Asset Advisors, LLC and Rabin Worldwide, Inc. as set forth in the annexed declaration and exhibit. The amended list removes certain assets that insider Darin St. Ivany alleges an ownership and/or security interest in and does not add any equipment that is encumbered by any party other than the SBA and the disputed claim of Adhara Aerospace and Defense.

Dated: November 22, 2024  JEFFREY S. SHINBROT, APLC

By:/s/Jeffrey S. Shinbrot
JEFFREY S. SHINBROT, ESQ.
Reorganization Counsel for
Debtor-In-Possession

## DECLARATION OF JEFFREY B. CREVOISERAT

I, Jeffrey B. Crevoiserat, declare as follows:

1. I am over the age of eighteen and I am the Chairman of the Board of Directors of Skylock Industries, a California corporation, ("Debtor" or "Skylock"). As to the following facts, I know them of my own personal knowledge, except where stated on information and belief, and if called as a witness, I could and would testify as set forth herein. I am one of the custodians of the books and records of the Debtor and I have gained knowledge of such records which were made at or about the time of the events recorded, and which were maintained in the ordinary course of the Debtor's business at or near the time of such acts, conditions or events to which they relate, any such document was prepared in the ordinary course of the business of the Debtor by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.

2. On September 26, 2024, ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code"). The Debtor is continuing in the operation and management of its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

### THE AMENDED LIST

3. Annexed hereto as Exhibit 5 is an amended list of equipment proposed to be sold by the Debtor through Onyx and Rabin. I am informed and I believe that the amended list removes certain assets that Darin St. Ivany alleges an ownership and/or security interest in and does not add any equipment that is encumbered by any party other than the SBA and the disputed claim of Adhara Aerospace and Defense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2024, Los Angeles, California.

JEFFREY B. CREVOISERAT

EXHIBIT 5

All CNC Hass Machines will be Repaired Before Sale

| # | # | Brand | Model | Type | S/N | Year | Notes | Sell round Two | Sell Round one |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1145355 | 2017 | With 2 kert Vises & 4th Axes rotory Indexer | Round two Building #1 | |
| 2 | 16 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1145353 | 2017 | With 2 kert Viser & 4th Axes rotory Indexer | Round two Building #1 | |
| 3 | 17 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1158082 | 2018 | With 2 kert Vises & 4th Axes rotory Indexer | Round two Building #1 | |
| 4 | 19 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1145305 | 2017 | With 2 kert Vises & 4th Axes rotory Indexer | Round two Building #1 | |
| 5 | 18 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1166980 | 2019 | With 2 kert Vises & 4th Axes rotory Indexer | Round two Building #1 | |
| | | | | | | | | | |
| 6 | 25 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1153344 | 2018 | With 2 kert Vises & 4th Axes rotory Indexer | | Building #1 |
| 7 | 28 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1153381 | 2018 | With 2 kert Vises & 4th Axes rotory Indexer | | Building #1 |
| 8 | 27 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1149097 | 2018 | With 2 kert Vises & 4th Axes rotory Indexer | | Building #1 |
| 9 | 26 | HAAS | VF-3YT / 50 | CNC Milling Machine | 1149054 | 2018 | With 2 kert Vises & 4th Axes rotory Indexer | | Building #1 |
| 10 | 29 | HAAS | VF-3YT / 50 | CNC Milling Machine (Can setup power) | 1166979 | 2019 | With 2 kert Vises & 4th Axes rotory Indexer | | Building #2 |
| 11 | | Leblond | 27"x 54 | Engine Lathe | | Mid 70's | | | Building #2 |
| 12 | | Scotchman | 40 Ton | Ironworker | | | | | Building #2 |
| 13 | | Lagun | FTV-2 | Vertical Mill | | | With Vise | | Building #2 |
| 14 | | Lagun | FTV-1S | Vertical Mill | | | With Vise | | Building #2 |
| 15 | | Nameson Acra Turn | 16x40 | Engine Lathe | | | | | Building #2 |
| 16 | | Feeler | FTS | 2nd OP Lathe | | | No cross slid or Turret | | Building #2 |
| 17 | | Feeler | FTS | 2nd OP Lathe | | | With Turret | | Building #2 |
| 18 | | Hardinge | | HC Chucker | | | With Power Cross Slide | | Building #2 |
| 19 | | Hardinge | DSM | 2nd OP Lathe | | | With Turret | | Building #2 |
| 20 | | Hardinge | DSM-59 | 2nd OP Lathe | | | With Turret | | Building #2 |
| 21 | | Hardinge | DV-59 | 2nd OP Lathe | | | No cross slid or Turret | | Building #2 |
| 22 | | Hardinge | DV-59 | 2nd OP Lathe | | | With Power Cross Slide | | Building #2 |
| 23 | | Hardinge | | HC Chucker | | | | | Building #2 |
| 24 | | Unknown | | 2nd OP Lathe | | | | | Building #2 |
| 25 NO | | HAAS | | Rotary Table | | | Test Fixture | | Building #2 |
| 26 | | Superior | 5V 8 | Vertical Hone | | | | | Building #2 |
| 27 | | Ingersoll Rand | SSR | Air Compressor | | | | | Building #2 |
| 30 | | LNS | | Turnamic Barfeeds | | | | | Building #2 |
| 31 | | HAAS | | Magazine Type Barfeed | | | | | Building #2 |
| 32 | | Unknown | | Mill Drill Machine | | | With No Table | | Building #2 |
| 34 | | Unknown | | 3 Spdl Multi Spindle Drill Table | | | | | Building #2 |
| 36 | | Hardinge | Conquest 42 | | | | | | Building #2 |
| 37 | | Hardinge | CHNC // | Special Vertical Mill | | | W/ Shaper Head | | Building #2 |
| 38 | | Bridgeport | Series // | Comparator | | | | | Building #2 |
| 39 | | Unknown | | Presses | | | | | Building #2 |
| 40 NO | | (3) Arbor | | Drill Press | | | | | Building #2 |
| 41 | | Delta | | Paint Booth | | | | | Building #2 |
| 42 | | Unknown | | Walk in Oven | | | | | Building #2 |
| 43 | | Unknown | | CNC Milling Machine | 9506131 | 1995 | | | Building #2 |
| 44 | | Fadal | VMC4020HT | CNC Milling Machine | 12006018571 | 2006 | | | Building #2 |
| 45 | | Fadal | VMC4020HT | CNC Milling Machine | Ending 41 | 1996 | | | Building #2 |
| 46 | | Fadal | VMC4020HT | CNC Milling Machine | 9608092 | 1996 | | | Building #2 |
| 47 | | Fadal | VMC3016HT | CNC Milling Machine | 84096086 | 1984 | | | Building #2 |
| 48 | | Fadal | VMC40 | CNC Milling Machine | 9808547 | 1998 | | | Building #2 |
| 49 | | Fadal | VMC2216 | CNC Milling Machine | 9408749 | 1994 | | | Building #2 |
| 50 | | Fadal | VMC4020HT | CNC Milling Machine | 9105276 | 1991 | | | Building #2 |
| 51 | | Fadal | VMC40 | CNC Milling Machine | 9506068 | 1995 | | | Building #2 |
| 52 | | Fadal | VMC15RT | | 8708853 | | | | Building #2 |
| 53 | | Fadal | VMC ? | CNC Milling Machine | | | | | Building #2 |

| # | Make | Model | Description | Serial | Year | Location |
|---|---|---|---|---|---|---|
| 54 | Fadal | VMC15RT | CNC Milling Machine | 9704714 | 1997 | Building #2 |
| 55 | Fadal | VMC15 | CNC Milling Machine | 9909211 | 1999 | Building #2 |
| 56 | Fadal | VMC3016 | CNC Milling Machine | 9403923 | 1994 | Building #2 |
| 57 | Fadal | VMC3016 | CNC Milling Machine | 9408762 | 1994 | Building #2 |
| 58 | Fadal | VMC15 | CNC Milling Machine | 9604484 | 1996 | Building #2 |
| 59 | Fadal | VCM2216HT | CNC Milling Machine | 32005017363 | 2006 | Building #2 |
| 60 | Fadal | VMC15XT | CNC Milling Machine | 9806156 | 1998 | Building #2 |
| 61 | Fadal | VMC15 | CNC Milling Machine | 9709636 | 1997 | Building #2 |
| 62 | Hass | | CNC Milling Machine | | | |
| 63 | | | | | | |

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*): **SUBMISSION OF AMENDMENT TO EQUIPMENT LIST PROPOSED TO BE SOLD BY THE DEBTOR FREE AND CLEAR OF LIENS:** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathryn M.S. Catherwood     kcatherwood@grsm.com, mbrookman@grsm.com;asoto@grsm.com;jswanson@grams.com**
- **Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com**
- **Nicolino Iezza     niezza@spiwakandiezza.com**
- **David Leichtman     dleichtman@leichtmanlaw.com**
- **Misty A Perry Isaacson     misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net**
- **Christopher J Petersen     chris.petersen@blankrome.com, evelyn.rodriguez@blankrome.com**
- **Matthew D Pham     mpham@allenmatkins.com, mdiaz@allenmatkins.com**
- **David Samuel Shevitz     David.S.Shevitz@usdoj.gov**
- **Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com**
- **Rachel P Stoian     stoian.rachel@dorsey.com, stell.laura@dorsey.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**
- **Shane Wax     swax@leichtmanlaw.com**
- 

**X     SERVED BY UNITED STATES MAIL**:  On (*date*) 11/22/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
                                                         X Additional service list attached.

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF SERVICE**

the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/2024 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF SERVICE**

Skylock Industries    Bankruptcy Case Number:    2:24-bk-17820-BB

Top 20 Unsecured Creditors

Abrasive Finishing Company
14920 South Main Street
Gardena, CA 90248
Email: quotes@afco.la

Accurate Bushing Co., Inc.,
443 North Avenue
Garwood, NJ 07277

Aircraft X-Ray Laboratorie Inc.
5216 PACIFIC BLVD,
Huntington Park, CA 90255

Blue Sky Industries
c/o FDH AERO LLC,
201 East John Carpenter Freeway
Mandalay Tower 3, Suite 700
Irving, TX  75062
Ross Wyche, Credit Manager
Email: Ross.Wyche@fdhaero.com

Consolidated Industries Inc.,
677 Mixville Road
Cheshire, CT 06410-3800
c/o Carmine J. Scriarretto
VP, Finance and Administration


Don Redmon
13246 W. Cameridge Ave
Goodyear, AZ 85395-2118

Federal Express
PO Box 7221
Pasadena, CA 91109-8321
310-563-4042
Email Bankruptcy@fedex.com

General Aircraft Company
321 Kinetic Drive
Oxnard, CA 93030
accounting@generalaircraft.com

Health Net Insurance
File # 52617
Los Angeles, CA 90074-2617

Los Angeles County Treasurer And Tax Collector|Attn Bankruptcy Unit
PO BOX 54110
LOS ANGELES CA 90054-0110

Multitect CNC
38588 Lion Way
Palmdale, CA 93551

ND Testing, Inc.,
11473 Pacific Avenue
Fontana, CA 92337

Plymouth Tube Company
29W150 WARRENVILLE RD
WARRENVILLE IL 60555-3528
sales@plymouth.com

Pro Centur Insurance
PO Box 30002
Tampa, FL 33630-3002

Service Steel Aerospace
7925 Crossway Drive
Pico Rivera, CA 90660

Service Steel Aerospace-Corporate office
4609 70th Avene E
Fife, WA 98424

Sierra Alloys Co.
5467 Ayon Avenue
Irwindale, CA 91706
info@sierraalloys.com

Specline
2230 Mouton Dive
Carson City, NV 89706

Supra Alloys
c/o Castle Metals
1420 Kensington Rd Ste. 220
Oak Brook, IL  60523

Titanium Industries-Return to Sender-Unable to Forward
4113 Solutions Center
Chicago, IL 60677 973

Titanium Industries
Corporate Headquarters
Rockaway, NJ – Sales and Service Center
18 Green Pond Road
Rockaway, NJ 07866
Email: sales@titanium.com

Wencor, LLC
Corporate Headquarters
416 Dividend Drive
Peachtree City, GA 30269
sales@wencor.com

Spirit Aerosystems, Inc.
3801S. Oliver St.,
Wichita, KS 67210
PO Box 2978
Wichita, KS  67201
Email   MRO@spiritaero.com

Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Attn: Christopher Petersen:

Blum Courtyard Association
505 Sansome St., Ste. 900
San Francisco, CA 9411

FPD Company
124 Hidden Valley Rd.
Canonsburg, PA 15317

Highland Capital Corp.
Segal McCambridge et al.
233 S. Wacker Dr., # 5500
Chicago, IL  60606

Hutchins General Aircraft Inc.
c/o Nick I Iezza, Esquire
Spiwak & Iezza, LLP
555 Main St., Ste. 140
Thousand Oaks, CA  91360
Nick I. Iezza: niezza@spiwakandiezza.com

L&J Investment Holdings LLC
c/o David Leichtman, Esquire
185 Madison Ave., Ste., 15th Floor
New York NY  10016
David Leichtman at: dleichtman@leichtmanlaw.com

Lanz Machining
1747 E. Avenue Q Unit D2
Palmdale, CA 93550

Plascore
PO Box 170
Zeeland, MI 49464

Rexnord Industries
PO Box 93944
Chicago, IL 60673

Triumph Composite Systems Inc., -NOT DELIVERABLE-UNABLE TO FORWARD
PO Box 643440
Buffalo, NY  14264

**Secured Creditors**

Mitsubishi HC Capital America
800 Connecticut Avenue
Norwalk, CT 06854

Pasadena Private Finance LLC
Rachel Stoian, Esquire
Dorsey Whitney, LLP
167 Hamilton Avenue Ste. 200
Palo Alto, CA 94301
Email: Stoian.Rachel@dorsey.com

Sumitomo Mitsui Banking
601 S. Figueroa St., # 1800
Los Angeles, CA 90017

US Small Business Administration
Elan S. Levey, Assistant United States Attorney
United States Attorney's Office
300 N. Los Angeles St., Rm. 7516
Los Angeles, CA  90012
Email: elan.levey@usdoj.gov

US Samll Business Administration
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012
Gil Hopenstrand, Esquire: gil.hopenstand@sba.gov

Debtor in Possession
Skylock Industries
Jeffrey B. Crevoiserat
Chairman of the Board of Directors
1290 W. Optical Drive
Azusa, CA 91703
Email: jc@cyllidol.com