| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY S. SHINBROT, ESQUIRE (SBN 155486) <br> jeffrey@shinbrotfirm.com <br> JEFFREY S. SHINBROT, APLC <br> 15260 Ventura Blvd., Suite 1200 <br> Sherman Oaks, CA 91403 <br> Telephone: (310) 659-5444 <br> Fax (310) 878-8304 <br> Counsel for chapter 11 debtor <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Skylock Industries | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br> SKYLOCK INDUSTRIES <br><br> Chapter 11 Debtor <br><br><br> Debtor(s). | CASE NO.: 2:24-bk-17820-BB <br> CHAPTER: 11 <br><br> **NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 03/12/2025 | **Time:** 1:00 pm |
|---|---|
| **Location:** 255 East Temple Street, Los Angeles, California, 90012, Courtroom 1539 | |

**Type of Sale**:  ☒ Public   ☐ Private      **Last date to file objections**: 02/26/2025

**Description of property to be sold**:

Substantially all of the assets of chapter 11 debtor SKYLOCK INDUSTRIES (the "Debtor") as reflected in the Debtor's bankruptcy schedules.


**Terms and conditions of sale**:

Bankruptcy Court approval is a condition of the sale. Terms are all cash due at closing, closing date shall be no later than March 31, 2025. The sale shall be AS IS/WHERE IS, the sale motion seeks an Order that the sale of assets be free and clear of liens, claims and encumbrances.

**Proposed sale price**: $ 4,450,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 1                           **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**
Competing bids must exceed the Proposed sale price by at least $150,000, bidding increments shall be no less than $50,000.  Must provide proof to debtor of ability to fund sale by 3/2/2025.  Must bring good faith deposit in the form of a Cashier's check to sale hearing in the amount of 10% of overbid, which shall be forefeited if sale not timely closed.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
March 12, 2025, 1:00 p.m.
Courtroom 1539
255 East Temple Street
Los Angeles, California, 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
JEFFREY S. SHINBROT, ESQUIRE
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403
Telephone:  (310) 659-5444

Date:  02/19/2025

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/19/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathryn M.S. Catherwood**    kcatherwood@grsm.com, mbrookman@grsm.com;asoto@grsm.com;jswanson@grams.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Nicolino Iezza**    niezza@spiwakandiezza.com
- **David Leichtman**    dleichtman@leichtmanlaw.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **Christopher J Petersen**    chris.petersen@blankrome.com, evelyn.rodriguez@blankrome.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Dean G Rallis**    drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **Jeffrey S Shinbrot**    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Rachel P Stoian**    stoian.rachel@dorsey.com, stell.laura@dorsey.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Shane Wax**    swax@leichtmanlaw.com
- **Courina Yulisa**    yulisa.courina@dorsey.com

**X SERVED BY UNITED STATES MAIL**:  On (*date*) 2/19/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

x Additional service list attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/19/2025 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF SERVICE**

Case Number: 2:24-Bk-17820-Bb

Jeff Nerland
Paladin Management Group, Llc
633 W. 5th Street 26th Floor
Los Angeles, Ca 90071
Email: Jnerland@Paladinmgmt.Com

Potential Purchasers:
A & M Engineering Inc
15854 Salvatiera St
Irwindale, Californai
B.Beljak@Amengineeringinc.Com

Briles Aeorspace
559 W 135th St,
 Gardena, Ca 90249

Crane Co.
100 First Stamford Place
Stamford, Connecticut 06902


Curtiss-Wright Corporation
130 Harbour Place Drive
Suite 300
Davidson, Nc 28036
Info@Curtisswright.Com

Cmi Group
3801 E La Salle St #4
Phoenix, Az 85040

Ducommun Inc
801 Royal Oaks Dr,
Monrovia, Ca 91016

Heico Aerospace Corporation
3000 Taft Street
Hollywood, Fl 33021.

Loar Group
20 New King St
White Plains, Ny, 10604-1204

Superior Thread Rolling Co.
12801 Wentworth St
Arleta, Ca 91331

Transdigm Group
1350 Euclid Ave #1600
Cleveland, Oh 44115

Esco Technologies
9900 Clayton Rd # A,
 St. Louis, Mo 63124

Fortive Corporation
6920 Seaway Blvd
Everett, Wa  98203

Conesys
2280 W 208th St
Torrance, Ca 90501

Crawford United Corp.
10514 Dupont Ave.
Cleveland, Oh 44108

The Gill Corp
4056 Easy St
El Monte, Ca 91731

First National Capital
38 Discovery Suite 150
Irvine, Ca 92618

Architect Equity
2101 E. El Segundo Blvd
Suite 503
El Segundo, California 90245

ArclineNashville
3803 Bedford Avenue
Suite 106
Nashville, Tn 37215

Avem Partners
3030 Red Hill Avenue
Santa Ana, Ca 92705

Concord Ventures
500 108th Ave Ne Unit 1100
Bellevue, Wa 98004



Cmi Group/ Gallant Capital
10100 Santa Monica Blvd, Suite 1400
Los Angeles, Ca 90067

Business Services Endeavour
7111 Santa Monica Blvd B163, West Hollywood, Ca 90046
Imperial Capital
10100 Santa Monica Blvd #2400
Los Angeles, Ca 90067

Liberty Hall Capital Partners
200 Meeting Street, 2nd Floor
Charleston, South Carolina 29401
Pacific Growth Investors
21515 Hawthorne Boulevard, Suite 940
Torrance, Ca 90503

Vance Street Capital
15304 Sunset Blvd., Suite 200
Los Angeles, Ca 90272

Rbc Bearings
One Tribology Center
Oxford Ct 06478

Adhara Aerospace And Defense Llc
2 North Lake Suite 510
Pasadena, Ca 91101

Dsi Automotive Services, Inc.
C/O Matthew D. Pham
Allen Matkins Et Al. Llp
865 S. Figueroa St., Ste. 2800
Los Angeles, Ca 90017

Mitsubishi Hc Capital America
800 Connecticut Avenue
Norwalk, Ct 06854

Pasadena Private Lending Inc.

Attn: Jason Shlecter
2 North Lake Ave. Ste. 510
Pasadena, Ca 91101  1

Sumitomo Mitsui Finance & Leasing Co. Ltd.
C/O Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, Ny 11747

Us Small Business Administration
Assigned To Adhara Aerospace And Defense Llc
2 N. Lake Ste. 510
Pasadena, Ca 91101

Jeffrey B.Crevoiserat
335 W. Enid Drive
Key Biscayne, Fl 33149


Abrasive Finishing Company
14920 South Main Street
Gardena, Ca 90248


Accurate Bushing Co., Inc.,
443 North Avenue
Garwood, Nj 07277

Aircraft X-Ray Laboratorie Inc.
5216 Pacific Blvd,
Huntington Park, Ca 90255

Fdh Aero Llc
5200 Sheila Street
Commerce, Ca 90040

Consolidated Industries Inc.,
677 Mixville Road
Cheshire, Ct 06410-3800
C/O Carmine J. Scriarretto
Vp, Finance And Administration
Email: Carmine Sciarretto At Csciarretto@Consolindustries.Com

Don Redmon
13246 W. Cameridge Ave

Goodyear, Az 85395-2118

Federal Express
Po Box 7221
Pasadena, Ca 91109-8321
310-563-4042

General Aircraft Company
321 Kinetic Drive
Oxnard, Ca 93030

Health Net Insurance
File # 52617
Los Angeles, Ca 90074-2617

Los Angeles County Treasurer&Tax Collector
Attn Bankruptcy Unit
Po Box 54110
Los Angeles Ca 90054-0110

Multitect Cnc
38588 Lion Way
Palmdale, Ca 93551

Nd Testing, Inc.,
11473 Pacific Avenue
Fontana, Ca 92337

Plymouth Tube Company
29w150 Warrenville Rd
Warrenville Il 60555-3528
Sales@Plymouth.Com


Pro Century Insurance
Po Box 30002
Tampa, Fl 33630-3002

Service Steel Aerospace-Corporate Office
4609 70th Avene E
Fife, Wa 98424

Sierra Alloys Co.
5467 Ayon Avenue
Irwindale, Ca 91706
Info@Sierraalloys.Com

Specline
2230 Mouton Dive
Carson City, Nv 89706

Supra Alloys
C/O Castle Metals
1420 Kensington Rd Ste. 220
Oak Brook, Il  60523

Titanium Industries
Corporate Headquarters
18 Green Pond Road
Rockaway, Nj 07866

Wencor, Llc
3577 S. Mountain Vista Parkway
Provo, Ut 84606


Spirit Aerosystems, Inc.
3801 S. Oliver Steet
Wichita, Ks 67210

Blum Courtyard Association
505 Sansome St., Ste. 900
San Francisco, Ca 9411

Fpd Company
124 Hidden Valley Rd.
Canonsburg, Pa 15317

Highland Capital Corp.
Segal Mccambridge Et Al.
233 S. Wacker Dr., # 5500
Chicago, Il  60606

L&J Investment Holdings Llc
C/O David Leichtman, Esquire
185 Madison Ave., Ste., 15th Floor
New York Ny  10016

Lanz Machining
1747 E. Avenue Q Unit D2
Palmdale, Ca 93550

Plascore
Po Box 170
Zeeland, Mi 49464

Rexnord Industries
Po Box 93944
Chicago, Il 60673

1290 Optical Drive Llc
1290 Optical Drive
Azusa, Ca 91702

Aaa Stamping
Po Box 4027
Chino, Ca 91708

Acro-Spec Grinding Co. Inc.
4134 Indus Way
Riverside, Ca 92503-4847

Airgas Welding Supply
Po Box 7423
Pasadena, Ca 91109-7423

Adept Fasteners
Po Box 579
Castaic, Ca 91310-0579

All Industrial Chem
Po Box 4500-Unknown Box
Fort Lauderdale, Fl 33338-4500

All Star Fastners
2113 S. Standard Avenue
Santa Ana, Ca 92707-3034

Alloy Processing
Po Box 101963
Pasadena, Ca 91189-0068

Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, La 70001-5987


Amberwick Corporation

2304 W. 16th Street
Long Beach, Ca 90813-1044

American Drilling Company
Po Box 1720
Lawndale, Ca 90260-6620

American Express
P.O. Box 297858
Ft. Lauderdale, Fl 33329-7858

Azusa Light & Water
729 N Azusa Ave
Azusa, Ca 91702-2528

Banc Of America Leasing & Capital L
C/O Serlin & Whiteford, Llp
900 Howe Avenue Ste. 250
Sacramento, Ca 95825-3939

Banterra Bank
111 Airway Drive
Marion, Il 62959-5872

Basil Sami Shiber, Esquire
Miller Starr Regalia
1331 N. California Blvd., 6fl
Po Box 8177
Walnut Creek, Ca 94596-8177

Bell Helicopter
3255 Bell Flight Blvd.,
Fort Worth, Tx 76118

Bisco Industries
Po Box 68062
Anaheim, Ca 92817

Bodycote Thermal Processing
Processing Dept.9692
Los Angeles, Ca 90084-0001

Boeing Company
929 Long Bridge Drive
Arlington, Va 22202-4208| |||

Bralco Industries
Bralco Metals Llc
3010 Old Ranch Parkway Suite 400
Seal Beach, Ca 90740-2750

Blank Rome, Llp
Attn: Chrisopher Petersen
2029 Century Park East 6th Fl
Los Angeles, Ca 90067

California Dept. Of Tax And Fee Administrati
Collection Support Bureau Mic: 29
Po Box 942879
Sacramento, Ca 94279-0029

Canon Financial Services
14904 Collections Center Drive
Chicago, Il 60693-0149| |||

Pathward National Association
5480 Corporate Drive Suite 350
Troy Mi 48098-2642

Darin St.Ivany
441 32nd Street
Manhattan Beach, Ca 90266-3928

Darin St. Ivany-Unable To Forward
Dsi Automotive Services Inc
849 Appollo St., Ste. 206
El Segundo, Ca 90245

Edward Chang Yim, Esquire
Castandeda Law Apc
1055 Wilshire Blvd., Ste 1940
Los Angeles, Ca 90017-5602

Hsbc Bank Usa Na
Commercial Loan Service Suite 0002
Celoron, Ny 14720

Hta Heat Treat
10140 Romandel Avenue
Santa Fe Springs, Ca 90670-3434

Hutchins General Aircraft Inc.,

Dba General Aircraft Company
Spiwak & Iezza, Llp
555 Marin St., Ste. 140
Thousand Oaks, Ca 91360

I & R Company Llc
221 W. Alamdeda Ave Ste. 205
Burbank, Ca 91502-3032

Inl Spring Mfg Co.
4201 Santa Ana St Ste. A
Ontario, Ca 91761-1554| |||

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa 19101-7346

Inventory Locator Service Llc
8001 Centerview Parkway Ste. 400
Cordova, Tn 38018-4276

Jan Kens
715 E. Cypress
Monrovia, Ca 91016-4254

Jeff Crevoiserat Holdings
18555 Collins Avenue Unit 801
North Miami Beach, Fl 33160-2498

Jeffrey B.Crevoiserat
335 W. Enid Drive
Key Biscayne, Fl 33149-2005

Jimmie A. Pease
10929 Walnut Drive
Sunland, Ca 91040-1356

L.A. Commercial Group Inc.,
Dba Continental Commercial Group An
1111 N. Brand Blvd., Suite 401
Glendale, Ca 91202-3071

Law Office Of Dean G. Thompson
3317 W. Beverly Blvd., Ste 107
Montebello, Ca 90640-1570

Lewis Roca Rothgerber Christie Llp
Corporate Headquarters
201 East Washington St., Ste.1200
Phoenix, Az 85004-2595

Long K. Bui, Esquire
Sakaida & Bui
2355 Westwood Blvd., # 327
Los Angeles, Ca 90064-2109

Luis Jimenez
L&J Investments Holdings Llc
1345 Aenue Of The Americas 2nd Fl
New York, Ny 10105-0008

M B Stamping
10756 Weaver Ave South
South El Monte, Ca 91733-2749

Mcmaster-Carr
Po Box 7690
Chicago, Il 60680-7690

Mercury Broach
2546 Seaman Ave
South El Monte, Ca 91733-1986

Midland Equipment Finance
5403 Olympic Drive Nw Ste. 200
Gig Harbor, Wa 98335-1853

Office Solutions
233030 La Palma Ave
Yorba Linda, Ca 92887


Precision Control Finishing, Inc.
12150 S. Bloomfield Ave Ste D
Santa Fe Springs, Ca 90670-4744

Precision Instrument Correction Inc
933 Mariner St
Brea, Ca 92821-3827

Pts Solutions
Po Box 670587

Detroit, Mi 48267-0587

Pvs Valley Alarm
Po Box 311
San Fernando, Ca 91341-0311

Phillips Lytle Llp
30 South Pearl Street
Albany, Ny 12207-1537

R.L. Anodizing And Plating
11331 Penrose St
Sun Valley, Ca 91352-3109

Rolled Alloys
Po Box 67000 Dept 33901
Detroit, Mi 48267-0002

Ryan Kampa
11026 Rincon Dr.
Whittier, Ca 90606-1544

S&D Industrial Tool Supply
685 S. Manchester Avenue
Anaheim, Ca 92802-1434

Saw Service Of America
8210 Industry Ave
Pico Rivera, Ca 90660-4894

Selway Machine Tool Company
29250 Union City Blvd.,
Union City, Ca 94587-1279

Shcg, Llc
1590 Eseramce Drive
Simi Valley, Ca 93065-1611

Ski-Sundries
10 Melanie Ln
Fryeburg, Me 04037-4665

Supreme Steel Treating
2466 Seaman Ave

South El Monte, Ca 91733-1926

Safety-Kleen Corp
Po Bo X975201
Dallas, Tx 75397-0001

Siemens Financial Services, Inc.,
170 Wood Ave South
Iselin, Nj 08830-2741

Siemens Financial Services, Inc.,
Attn: Ligitgation Counsel
4800 North Point Parkway
Alpharetta, Ga 30022-3732| ||

Southern California Edison Company
1551 W San Bernardino Road
Covina Ca 91722-3407

The Home Depot Pro
Po Bo X742440
Los Angeles, Ca 90074-0001

Two Brothers Custom Silkscreen
10754 Weaver Ave
South El Monte, Ca 91733-2749

Tech-Mar Capital Llc
16509 S. W. 54th Court
Hollywood, Fl 33027-5604

Uline
Po Bo X88741
Chicago, Il 60680| |||

Ver-Sales, Inc.
2509 N. Naomi St
Burbank, Ca 91504-3236

West Valley Plating
21061 Superior St
Chatsworth, Ca 91311-4330

Western Tool & Supply Co.
Po Bo X2420
Livermore, Ca 94551

Wesco Aircraft
27727 Avenue Scott
Valencia, Ca 91355-3909


West Air
3001 E. Miraloma Avenue
Anaheim, Ca 92806-1809

Wright Finlay & Zak, Llp
4665 Macarthur Court Suite 200
Newport Beach, Ca 92660-1811

William Neiman
C/O  Law Offices Of Kenneth H. Bayer
2535 Townsgate Rd.Suite 307
Westlake Village, Ca 91361-5984

William L. Neiman
1164 Amalfi Drive
Pacific Palisades, Ca 90272


California Dept. Of Tax And Fee Administration
Collection Support Bureau Mic: 29
Po Box 942879
Sacramento, Ca 94279-0029


Pacific Functional Fluids, Llc
Victor C Franck
7318 Augusta Pines Drive
Spring, Tx 77389

Victor C. Franck
7318 Augusta Pines Dr
Spring, Tx 77389

Skylock Holdings, Llc
7318 Augusta Pines Dr.
Spring, Tx 77389

Jim A. Pease
30112 Sharp Rd.
Castaic, Ca 91384

Shadow Hills Consulting Group
Attn: Jim A. Pease
9155 Omelveny Ave.
Sun Valley, Ca 91352

Safran Cabin Inc
5701 Bolsa Avenue
Huntington Beach Ca 92647