PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA  90017-5418
Telephone: (213) 894-1511
Facsimile: (213) 894-2603
Email:   michael.jones4@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SKYLOCK INDUSTRIES,<br><br><br><br>Debtor. | CASE NUMBER: 2:24-bk-17820-BB<br><br>CHAPTER 11<br><br>STIPULATION BETWEEN THE UNITED STATES TRUSTEE AND DEBTOR TO CONTINUE HEARING ON DISCLOSURE STATEMENT FOR SIXTY (60) DAYS<br><br>Current Hearing Date:<br>Hearing Date:    October 8, 2025<br>Time:           2:00 p.m.<br>Place:          Courtroom 1539<br>                255 E. Temple St.<br>                Los Angeles, CA 90017 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:**

This Stipulation is made between SKYLOCK INDUSTRIES, ("Debtor"), and the United States Trustee ("U.S. Trustee"), based on the following facts:

1. The Debtor's disclosure statement is currently set for hearing on October 8, 2025 at 2:00 p.m.

2. On October 1, 2025, due to a lapse in appropriations, the government shutdown.

1

3. Based on these facts, on October 3, 2025, the U.S. Trustee and Debtor, via counsel, met and conferred and agreed to stipulate to continue the hearing on the disclosure statement for sixty (60) days.

WHEREFORE, the Debtors and the U.S. Trustee hereby stipulate and agree as follows: Subject to Court approval, the hearing on the Debtor's disclosure statement, currently set for October 8, 2025 shall be continued for approximately 60 days from October 8, 2025 to November 26, 2025, or to a date and time selected by the Court.

Dated: October 3, 2025   UNITED STATES TRUSTEE

By: /s/ Michael Jones
   Michael Jones
   Assistant United States Trustee

Dated: October 2, 2025   JEFFREY S. SHINBROT, APLC

By: _____
   Jeffrey S. Shinbrot
   Attorney for Debtor, Skylock Industries, Inc.

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

915 Wilshire Blvd., Ste. 1850, Los Angeles, CA  90017

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION BETWEEN THE UNITED STATES TRUSTEE AND DEBTOR TO CONTINUE HEARING ON DISCLOSURE STATEMENT FOR SIXTY (60) DAYS _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/03/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/03/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/03/2025 | Michael Jones | /s/ Michael Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

**SECTION I – NEF SERVICE**

Kathryn M.S. Catherwood, interested party, kcatherwood@grsm.com, asoto@grsm.com

Alan W Forsley, interested party, alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com

Jeffrey I Golden, interested party, jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Nicolino Iezza, interested party, niezza@spiwakandiezza.com

David Leichtman, interested party, dleichtman@leichtmanlaw.com

Misty A Perry Isaacson, interested party, misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Christopher J Petersen, interested party, chris.petersen@blankrome.com, evelyn.rodriguez@blankrome.com

Matthew D Pham, interested party, mpham@allenmatkins.com, mdiaz@allenmatkins.com

Dean G Rallis, interested party, drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com

David Samuel Shevitz, counsel for UST, David.S.Shevitz@usdoj.gov

Jeffrey S Shinbrot, debtor's counsel, jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

Rachel P Stoian, interested party, stoian.rachel@dorsey.com, stell.laura@dorsey.com

United States Trustee (LA), UST, ustpregion16.la.ecf@usdoj.gov

Shane Wax, interested party, swax@leichtmanlaw.com

Courina Yulisa, interested party, yulisa.courina@dorsey.com, courina-yulisa-7369@ecf.pacerpro.com;NYManagingClerk@dorsey.com

**SECTION II – U.S. MAIL SERVICE**

**Debtor**
Skylock Industries Inc
4175 Guardian St
Simi Valley, CA 93063

**Judge**
Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple St., Ste. 1534
Los Angeles, CA  90012

**SECTION III – PERSONAL DELIVERY**

**n/a**